Entered on Docket
March 29, 2011

_____
Hon. Bruce T. Beesley
United States Bankruptcy Judge

John White, Esq. S.B. 1741
335 West First Street
Reno, NV 89503
775-322-8000
775-322-1228 (Fax)
john@whitelawchartered.com
Counsel for the Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

IN RE:                                              )
                                                    ) Case No: BK-N-11-50606-btb
Michael G. Alves & Elizabeth M. Alves, dba          )
Alves Goat Dairy                                    ) Chapter 12
                                                    )
                                                    ) ORDER AUTHORIZING
                                                    ) EMPLOYMENT OF WHITE LAW
                                                    ) CHARTERED, JOHN WHITE, ESQ.,
                                                    ) AS COUNSEL FOR DEBTORS
                        Debtors                     )
_____/                    ) (No Hearing Required)

Upon consideration of the Debtors' EX PARTE APPLICATION TO EMPLOY WHITE LAW CHARTERED, JOHN WHITE, ESQ., AS COUNSEL FOR DEBTORS and the supporting AFFIDAVIT OF JOHN WHITE IN SUPPORT OF EX PARTE APPLICATION TO EMPLOY WHITE LAW CHARTERED, JOHN WHITE, ESQ., AS COUNSEL FOR DEBTORS, and pursuant to Fed.R.Bank.P.Rule 2014, and it appearing that good cause exists;

IT IS HEREBY ORDERED as follows:

1

1. The Debtors are authorized to employ White Law Chartered ("WLC") as their general counsel in the above-captioned case, *nunc pro tunc*, as of February 18, 2011; and,

2. Any payment of fees or costs to WLC is subject to court approval

Submitted by:

WHITE LAW CHARTERED

By: John White, Esq.

APPROVED/DISAPPROVED

/s/ William B. Cossitt
Office of the U.S. Trustee

###

WHITE LAW CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

2

MAR-28-2011 09:55 From:U.S. TRUSTEE  Case 11-50606-btb  Doc 17  Entered 03/29/11 11:26:41  Page 3 of 3  7757845531  To:93221228  Page:3/3

Mar-24-2011 04:31pm From-20 CENTURY BLDG    7753221228    T-727  P.003/003  F-001

1
2   1. The Debtors are authorized to employ White Law Chartered ("WLC") as their general
3   counsel in the above-captioned case, *nunc pro tunc*, as of February 18, 2011; and,
4   2. Any payment of fees or costs to WLC is subject to court approval
5
6
    Submitted by:
7
    WHITE LAW CHARTERED
8                                           APPROVED/DISAPPROVED
9   _____
    By: John White, Esq.                    Office of the U.S. Trustee
10
                                ###
11

WHITE LAW
CHARTERED
LAWYERS
I CENTURY BLDG
W FIRST STREET
NO. NV 89503

775 329-4000
775 322-1228

2