M. NELSON ENMARK #032477
CHAPTER 12 TRUSTEE
3855 NORTH WEST AVENUE, SUITE 108
FRESNO, CA 93705
TELEPHONE: (559) 229-4200
FACSIMILE: (559) 243-7010

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO.: 11-50606 |
| | CHAPTER 12 |
| MICHAEL G. ALVES, | |
| ELIZABETH M. ALVES, | CERTIFICATE OF SERVICE |
| DEBTOR(S). | DATE : July 7, 2011<br>TIME : 10:30 a.m.<br>PLACE: C. CLIFTON YOUNG<br>FEDERAL COURTHOUSE<br>COURTROOM #2, 5TH Floor<br>300 BOOTH STREET<br>RENO. NV |

STATE OF CALIFORNIA
COUNTY OF FRESNO

I declare:

I am employed in the County of Fresno, State of California.

I am over the age of eighteen years and not a party to the within action; my business address is 3855 North West Avenue, Suite 108, Fresno, California 93705.

On the date stated below, I served the within

**TRUSTEE'S REPORT RE CONFIRMATION**

on the parties listed below by e-mail as follows:

1

NICHOLAS STROZZA, ASSISTANT U.S. TRUSTEE (nick.strozza@usdoj.gov)
JOHN WHITE (john@whitelawchartered.com)
SETH J. ADAMS (sadams@mccarthyholthus.com)
AMY N. TIRRE (amy@amytirrelaw.com)

State:    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Federal:  [X]  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

This declaration was executed on July 6, 2011, at Fresno, California.

/s/ Carolyn Prieto
_____
CAROLYN PRIETO