

Entered on Docket
July 08, 2011

_____
Hon. Bruce T. Beesley
United States Bankruptcy Judge

John White, Esq. S.B. 1741
335 West First Street
Reno, NV 89503
775-322-8000
775-322-1228 (Fax)
john@whitelawchartered.com
Counsel for the Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

IN RE: )
) Case No: BK-N-11-50606-btb
Michael G. Alves & Elizabeth M. Alves, dba ) Chapter 12
Alves Goat Dairy )
) ORDER CONTINUING CHAPTER 12
Debtors ) PLAN CONFIRMATION HEARING
_____/ )

Pursuant to Title 11 Section 1224 of the Fed.R.Bank.Procedure, and it appearing that good cause exists;

IT IS HEREBY ORDERED that the Chapter 12 Plan Confirmation Hearing scheduled for July 7, 2011 at 10:30 a.m., is hereby continued to August 12, 2011 at 2:00 p.m..

IT IS SO ORDERED.

Submitted by:

WHITE LAW CHARTERED                                    APPROVED/DISAPPROVED

_____                              _____
By: John White, Esq.,                                  Seth J. Adams, Esq.,
Attorney for the Debtors                               Attorney for Aurora Loan Services

### # # #

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

1