John White, Esq., SB #1741  
WHITE LAW CHARTERED  
335 West First Street  
Reno, NV 89503  
775-322-8000  
775-322-1228 (Fax)  
john@whitelawchartered.com  
Counsel for the Debtors

E-filed on July 15, 2011

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEVADA

In re:

MICHAEL GEORG/E ALVES and  
ELIZABETH MEIRINHO ALVES, dba  
ALVES GOAT DAIRY

Debtors  
_____/

CASE NO.: BK-N-11-50606-BTB  
Chapter 12

**EX PARTE MOTION AND STIPULATION TO CONTINUE PLAN CONFIRMATION HEARING**

Proposed Hearing Date: Sept. 1, 2011  
Proposed Hearing Time: 2:30 p.m.  
Estimated time: 1 hour

Existing Hearing Date: Aug. 12, 2011  
Existing Hearing Time: 2:00 p.m.

MICHAEL GEORGE ALVES and ELIZABETH MEIRINHO ALVES, husband and wife, ("Debtors"), by counsel, move for a 20 day continuance of the plan confirmation hearing date in this case, now set for August 12, 2011 at 2 pm. The requested new hearing date and time is September 1, 2011 at 2:30 pm.

Debtors' Chapter 12 Plan, filed May 21, 2011, was originally set for hearing on July 7, 2011 at 10:30. At the outset of the July 7 hearing, Debtors requested that the confirmation hearing be set out to August 12, 2011 at 2:00 pm. No opposition was made and the request was granted upon cause shown. Debtors now seek an additional brief continuance of the confirmation hearing for the following reasons:

1. On July 6, 2011, the Trustee filed his Response to the Debtors' plan in which he

1

raised issues concerning Debtor's liquidation valuation, disposable income and feasibility. In the course of their attempts to comply with the Trustee's directions, Debtors have come to realize that they need the assistance of an agricultural expert, and are proposing to employ Bob Fletcher, Ph.D. to assist them work up and file the information requested by the Trustee, See Declaration of Mike Alves, filed separately herewith.

    2. The price of corn, feed, fuel, diesel and other commodities has grown rapidly these past 4 months, as a result of which the schedules and exhibits filed with Debtors' original Plan are in need of review and amendment. See Declaration of Mike Alves, filed separately herewith.

    Debtors do not know of any prejudice which any creditor will suffer by reason of this requested continuance. The relief sought is authorized under Title 11 Section 1224 of the Fed.R.Bank.Procedure. As set forth in the Declaration of John White, filed herewith, the Trustee has no objection to this continuance request, and, by his signature below, Seth Adams, Esq. counsel for Aurora Loan Services (the only creditor to appear so far), consents to the continued September 1st, 2:30 p.m. hearing date.

    A copy of the proposed Order Approving Ex-Parte Motion and Stipulation to Continue Plan Confirmation Hearing is attached.

Dated July 15, 2011.

WHITE LAW CHARTERED

By: /John White, Esq./

I consent to the above-referenced continued hearing date:

/s/ Seth Adams, Esq.
Seth Adams, Esq.
On behalf of McCarthy & Holthus, counsel for Aurora Loan Services

WHITE LAW CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

2

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of the EX-PARTE MOTION AND STIPULATION TO CONTINUE PLAN CONFIRMATION HEARING, and the related Declarations of John White and Michael Alves, in the following manner:

1. By way of the Court's ECF System to all interested parties on July 15, 2011, at their respective e-mail addresses as shown below:
   M Nelson Enmark at nenmark.trustee@gmail.com
   Amy N. Tirre on behalf of California AG Commodities at amy@amytirrelaw.com

2. By depositing a copy of the same in the United States Postal Office on July 15, 2011, addressed to the parties described below:

Aurora Loan Services
2617 College Park
Scottsbluff, NE 69563-1706

Aurora Loan Services,
℅ Seth Adams, Esq.
sadams@McCarthyHolthus.com
McCarthy & Holthus, LLP
200 S. Virginia St., 8th Flr.
Reno, NV 89501

Les and Darlene Borges
255 Jersey Lane
Fernley, NV 89408

PNC Bank (Heloc)
P.O. Box 94982
Cleveland, OH 44101

PNC Bank
℅ Doreen Arra, Bankruptcy Department,
doreen.arra@pncbank.com

Dennis L. Hay, Esq.
Law Office of Dennis L. Hay, Esq.
18780 East Highway 88, P.O. Box 745
Clements, CA 95227

Stewart & Jasper Marketing, Inc.

WHITE LAW CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

3

Attention : Ms. Linda Wortman or the Officer-in-Charge
3500 Shiells Road
Newman, CA 95360

    I declare under penalty and perjury that the foregoing is true and correct.

    Signed on:  July 15, 2011

                                          Declarant, Jamiee Bonwell

WHITE LAW CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

4

John White, Esq. S.B. 1741
335 West First Street
Reno, NV 89503
775-322-8000
775-322-1228 (Fax)
john@whitelawchartered.com
Counsel for the Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>Michael G. Alves & Elizabeth M. Alves, dba<br>Alves Goat Dairy<br><br>Debtors<br>_____ / | Case No: BK-N-11-50606-btb<br>Chapter 12<br><br>ORDER APPROVING EX-PARTE<br>MOTION AND STIPULATION TO<br>CONTINUE PLAN CONFIRMATION<br>HEARING |

Pursuant to Title 11 Section 1224 of the Fed.R.Bank.Procedure, and stipulation of counsel, and it appearing that good cause exists;

IT IS HEREBY ORDERED that the Chapter 12 Plan Confirmation Hearing scheduled for August 12, 2011 at 2:00 p.m., which hearing was continued from July 7, 2011 at 10:30 a.m., is hereby continued to September 1, 2011 at 10:30 a.m..

IT IS SO ORDERED.

Submitted by:

WHITE LAW CHARTERED

_____
By: John White, Esq.,
Attorney for the Debtors

### #