**Entered on Docket**
**July 22, 2011**

_Bruce T. Beesley_
_____
**Hon. Bruce T. Beesley**
**United States Bankruptcy Judge**

John White, Esq. S.B. 1741
335 West First Street
Reno, NV 89503
775-322-8000
775-322-1228 (Fax)
john@whitelawchartered.com
Counsel for the Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | ) Case No: BK-N-11-50606-btb |
| | ) Chapter 12 |
| Michael G. Alves & Elizabeth M. Alves, dba | ) |
| Alves Goat Dairy | ) ORDER APPROVING EX-PARTE |
| | ) MOTION AND STIPULATION TO |
| Debtors | ) CONTINUE PLAN CONFIRMATION |
| _____/ | ) HEARING |

Pursuant to Title 11 Section 1224 of the Fed.R.Bank.Procedure, and stipulation of

counsel, and it appearing that good cause exists;

IT IS HEREBY ORDERED that the Chapter 12 Plan Confirmation Hearing scheduled

for August 12, 2011 at 2:00 p.m., which hearing was continued from July 7, 2011 at 10:30 a.m.,

is hereby continued to September 1, 2011 at 2:30 p.m..

IT IS SO ORDERED.

Submitted by:

WHITE LAW CHARTERED

_____
By: John White, Esq.,
Attorney for the Debtors

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

### #