# Exhibit A

# Exhibit A

# Economic and Feasibility Plan Supplement

## For Michael and Elizabeth Alves

Case No.:  BK-N-11-50606-BTB

**Bob Fletcher**

**8/4/2011**

# Introduction

This economic and feasibility plan supplement considers the three businesses owned and operated by the Alves family, in conjunction with their personal income from outside sources to generate cash flow, to pay creditors over a five year period. This long form plan was prepared by Robert R. Fletcher, Ph.D., Agricultural Economist, representing the Debtors, Michael and Elizabeth Alves. An application to hire Dr. Fletcher as Debtor's Plan Consultant is pending.

Analyses for this report are based on information acquired either directly or indirectly from Mr. Alves, filed claims and stated assumptions. Since time prohibited personal inspection of the individual properties, Google maps and pictures provided by Mr. Alves were relied upon for visual representation. This plan is signed by and adopted in toto by the Debtors. Except as modified by the Summary Plan, filed herewith, this long form constitutes their Chapter 12 Plan.

This document is divided into three sections. Section 1 quantifies the Debtor's personal income, household expenditures and personal disposable income available for debt repayment. Section 2 provides the economic feasibility of: (a) The 18 acre property located at 8724 Griffith Ave, Hilmar, CA; (b) The Almond Farm, 2900 Villa Manucha Rd, Newman, CA; and (c) Alves Dairy Goat Farm currently being relocated from Fernley, NV to 754 Prince Rd. Newman, CA. Economic feasibility estimates the income, expenses and net farm income generated from these three entities available for debt repayment. Section 3 aggregates the disposable and net farm income available from all sources and estimates the cash flow by month. This provides the funds available by month for distribution among creditors. Because of the number and size of the tables used in this report they are included in a list of tables following the narrative and preceding the references for ease of reading.

## 1.  Personal Income and Expenses

Elizabeth Alves has been employed as a teacher in the Fernley, Nevada School System. With their impending move to Newman, California it is assumed Elizabeth will find employment comparable to the job in Nevada, $3,000 per month after deductions. Table E1 (See list of tables at end of report) gives the income by source and household expenditures. Michael will receive an estimated $350 per month payment from the sale of a former business. He will also receive a debtor wage of $450 per month from the Almond Farm and $900 per month from the Dairy Goat Farm. There will be $4,700 per month available for household expenditures for a family of four with two young children.

Household expenses are based on the <u>Consumer Expenditure Survey</u> [Ref 1]. Adjustments were made for child care and car costs for Elizabeth to continue employment. The difference between the personal income and household expenses is $175 per month. This leaves $2,100 disposable income on an annual basis.

2. Economic Feasibility

Almond Farm

This 20 acre property was purchased by Michael Alves in June, 2005. At time of purchase the 18 acres of farm land was producing feed and vegetable crops under flood irrigation. In early 2006 Mr. Alves planted almond trees and installed a micro sprinkler irrigation system. Water costs are reduced with this capital expenditure for a more efficient sprinkler system, as well as reducing labor and equipment costs by allowing fertilizer to be applied with the irrigation water.

The almond trees are in their 6th leaf of production. Assumed production for the 2011 crop is 1,800 lbs per acre with production increasing to 2,000 lbs per acre during the remaining four years of the plan [Tab C1]. Being a new orchard, there are no historical records of annual expenses for the prime almond producing years. The expenses shown in table C1 are based on a University of California Cooperative Extension publication, Sample Costs to Establish an Orchard and Produce Almonds, San Joaquin Valley North, Micro Sprinkler Irrigation, 2006 and updated in 2011 [Ref 3]. The California cash costs did not include an allowance for owner/operator labor. A debtor wage of $450 per month is included in total expenses, Tables C1 and C2.

The estimated income from the 2011 almond crop is $64,800 with cash expenses of $44,478 generating $20,322 net farm income. There is a lag time between when the almond crop is harvested and delivered, late August and September, and when payments are received. Income is assumed to be received: December of the production year, 20%; February of the following year, 20%; April, 20%; and the balance in July after the final price of almond has been established. Almond prices fluctuate with supply and the export market. Reported almond prices have ranged from a low of $0.85 to a high of $3.96 per pound over the past 10 years. A price of $2.00 per pound was assumed over the five years in this analysis. The 2006 California study used a $2.00 price but the 2011 report reduced the price to $1.50 in 2010.

The California study estimated an average almond yield of 2,000 pounds per acre for the 7th and subsequent years and was assumed to apply to the Alves orchard. Table C2 gives the estimated income, expenses and net farm income, $27,522 for the 2nd year of the plan (Sept. 2012 –August 2013) and beyond. The expenses and consequently net farm income are based on cash expenses and do not allow recapture of the capital costs of developing the orchard and the first five non-producing and low producing years.

The farm house occupies two acres and is rented for $850 per month with a one year lease. After deducting expenses for taxes, insurance and maintenance, the net income for the house is $7,317 per year held constant over the five year plan. The combined net farm income from the almond orchard and rental house is $27,639 for the first year and $34,839 for the remaining four years.

The estimated value of this almond farm is based on the value of the almond orchard and the two acres occupied by the rental house and out buildings. The assumed value for the almond

orchard is $14,000 per acre, or $252,000. (The California Extension study estimated $12,632 for a producing acre of almonds.) The value of the house is based on Zillow estimate of $121,000, for a total value of $373,000.

## Hilmar Rental Property

The Hilmar has 18 acres, with 16 acres of farm land leased for $300 per acre. A $4,800 pre payment is received December 31st for the following years' rent. There is a two acre farmstead with a rental house, shop and storage that is currently leased to a small trucking company for $2,000 per month. This lease has recently been renewed for three years with a reduction in rent from $2,250. The write down in rent was necessary to keep the tenant, a reflection of the economic recession and declining real estate values. Hilmar expenses include $3,600 in property taxes paid semi-annually in February and September [Tab B1]. Water for irrigation is $800 annual paid in December. All other expenses are distributed uniformly over 12 months. After all expenses are paid, Hilmar generates $21,618 to fund the plan.

The estimated value of the Hilmar rental property is based on 16 acres of flood irrigated farm land and the rental house and other buildings. The assumed value for the farm land is $9,000 per acre or $144,000. The value of the house is based on Zillow estimate of $129,000 for a total value of $273,000.

## Dairy Goat Farm

November 1st, 2007 Michael and Elizabeth Alves began doing business as the Alves Goat Dairy in a leased facility approximately nine miles from Fernley, Nevada. They entered into a contract with Laura Chenel's Chevre to purchase their goat milk to make goat cheese.

In December they purchased over 500 milking goats and 122 bred yearling goats. They encountered disease problem with some of the goats early on. Harsh weather conditions in 2008 and 2009 and open housing facilities for the goats resulted in a higher than average death loss. Large capital outlay for the purchase of milking goats, coupled with a higher than average death loss and high feed prices have resulted in the Goat Dairy being unprofitable at this time. This has created a cash flow problem.

Arrangements are being made to relocate the Alves Goat Dairy to a leased facility at 754 Prince Rd, Newman, CA. The necessary inspections have been made with final approval expected on the 3rd of August. A three year lease agreement for $3,500 per month should be signed no later than the 4th of August. This facility will provide covered shelter for the entire goat herd. This should reduce the death loss and increase milk production. All goats will be fed under shelter which will minimize the amount of feed wasted. Feed loss can make the difference between being profitable and unprofitable in the dairy goat industry. The milk/feed ratio at the Fernley facility is approximately 2.0, which means for each $1.00 of milk sales, $0.50 is used to purchase feed. This number should drop down to $.045 or less in the new facility. The new facility is larger and will accommodate a larger number of animals for future growth. Mr. Alves has indicated he would like to expand to 1,000 milking goats.

Goat Dairy Income and Expenses

Historical data for income and expenses were not considered reliable because of the adverse weather conditions and high death loss that impacted production over the last two years. A study published by the University of California Cooperative Extension, Sample Costs for a 500 Dairy Goat Operation, Milk for Cheese Production in the North Coast, 2005 [Ref 4] was used as a guide and proxy data as needed. Assumptions for dairy goat production, income and expenses are included in Tables D1 through D8. Tables were separated from the narrative for ease of reading and comparisons. Tables D1–D5 gives the estimated income, expenses and net farm income by month for each of the five years of the plan. Table D6 details the feed costs by year and number of milking goats. Table D7 shows the operating margin, the amount of money available for operating expenses after feed costs are subtracted from income, and details cash operating expenditures by month. Table D8 gives the assumptions for goat milk and goat meat sales and how they are distributed by month over the five year plan.

This plan assumes the Goat Dairy will increase production over the five years of the plan by: (1) adding 75 milking goats in years 3 and 4 and 100 in the 5th year; increasing production per goat from 195 gallons in the 1st year to 198 gallons in the second year and 200 gallons in years three through five; price per gallon is $3.02 the first year $3.05 the second year and $3.08 in years three, four and five. The California Study using 195 gallons per goat and a $3.40 price per gallon. That price may be attainable for the Alves Goat Dairy with better quality control in the California location. Net farm income from the Goat Dairy (Tab D1-D5) is $17,466 in year one and increases incrementally to $85,328 in the fifth year. Goats are seasonal breeders reflected in milk production which affects the distribution of income and net farm income. Net farm income is greater in the warmer months and negative in the winter months.

Estimated Goat Liquidation Value

Having not been active in livestock marketing for the last 20 years, I would not make a personal estimate of value. The alternative is to rely on industry professionals and their published reports and academic studies. The basic problem with determining a value for a milking goat herd is the market is very thin if one even exists. Other classes of livestock, beef cattle, dairy cattle, swine, and sheep can be followed by weekly market reports. There are very few market reports for goats and none of those include milking goats.

Commercial dairy goat farmers raise their own replacements and seldom purchase lactating goats. There are three reasons commercial rely almost entirely on raising their own replacements; genetics, disease and economics. Goat producer build herd quality by purchasing high quality bucks. Properly controlled line breeding with quality bucks is most commonly used with commercial goat dairies. Different diseases are a problem with dairy goat producers which make them reluctant to introduce new goats into the herd. Economics in the primary reason dairy goat producers raise their own replacements. Goats can breed as young as seven months of age, but most are bred no younger than 10 to 12 months and will be in the milking string when they are 15 to 18 months old. Milking goats are culled for various reasons but most have been sold by the sixth year.

The California study does not value milking goats as their survey indicated the goat herds are maintained by raising their own replacements. If the Alves milking goats were sold they would most likely be sold through a livestock auction. There are prices by age and weight. Milking goats would be competing with the heavier meat goats and priced accordingly. Lactating or wet goats would be discounted because of weight and conditioning. The California study uses sale prices of $85 per head for cull and sale Does, $100 for cull Bucks, $15 for small Kids and $1 for baby kids (which are usually given away). The auction charges commission approximating 13.5% of total sales plus there would be a hauling cost depending on distance. The Tulare County Stock Yards in Dinuba, California charge a 10% selling commission with a minimum of $7.00 per head on sheep and goats. They also have a yardage charge of $1.00 per head and a feed charge of $1.00 per head per day. The Escalon Livestock Market in Escalon, California, Mr. Alves sells his goats have a different method of charging commission but it averages approximately 13.5% of his total sales. Trucking costs from Fernley Nevada to a California market would likely be based total weight, but would exceed $1.00 per head. The following table is based on the California study cull prices, a 13.0% total commission and $1.00 per head trucking cost.

Alves Goat, Inventory, Estimated Value and Selling Expenses

| Category | Number | Value | Gross | Commission | Trucking | Net |
|---|---|---|---|---|---|---|
| Milking Goats | 698 | 85.00 | 59,330.00 | 7,712.90 | 698.00 | 50,919.10 |
| Pregnant Does | 103 | 85.00 | 8,755.00 | 1,138.15 | 103.00 | 7,513.85 |
| Dry Open Does | 27 | 85.00 | 2,295.00 | 298.35 | 27.00 | 1,969.65 |
| Dry Open Yearlings | 84 | 65.00 | 5,460.00 | 709.80 | 84.00 | 4,666.20 |
| Does (5-11 months) | 136 | 30.00 | 4,080.00 | 530.40 | 136.00 | 3,413.60 |
| Doe Kids | 171 | 15.00 | 2,565.00 | 333.45 | 171.00 | 2,060.55 |
| Buck Kids | 63 | 5.00 | 315.00 | 40.95 | 63.00 | 211.05 |
| Bucks | 24 | 100.00 | 2,400.00 | 312.00 | 24.00 | 2,064.00 |
| Total | 1,306 | | 85,200.00 | 11,076.00 | 1,306.00 | 72,818.00 |

These estimates would apply to a going out of business or liquidation sale. With six months to a year lead time a new dairy goat producer just establishing a herd may be located. Even then a prudent individual would not pay more than the cost of building a herd by buying yearlings and growing herd plus the difference in net profits over the first two years. There are a very limited number of dairy goat producers in Nevada. There are approximately 40 commercial dairy goat farms in the San Joaquin Valley in California with herd size ranging from 150-1,200 head [Ref 4]. There would be an adequate supply of young does available for sale to start a new herd.

The current Alves goat dairy milking goats are mostly young 2 to 4 years old. The older and heavier goats 5 to 7 years of age have already been culled according to Mr. Alves. Auction barn receipts for all goats sold by Alves Goat Dairy in 2010 and 2011 was requested and sent by fax. Unfortunately, not all the transmissions were legible. One example was a sale of 19 nannies on August 27, 2010 with total sales of $994.50 and deductions of $138.64 for net check of $855.85.

Given the limited market for milking goats this is considered the best alternative to estimating fair market value of the Alves goat herd. To avoid the cost of maintaining the herd, a chapter 7 trustee

would likely sell the goats quickly.  I doubt the trustee would receive more than $73,000 for all of Debtors' goats.

### 3.  Net Farm Income

Disposable income from the four sources is aggregated and labeled net farm income in tables A1-A5 representing each year of the plan.  This is amount of money available to pay creditors. Table A6 gives the total net farm income for the five years.  The net farm income is $68,823 in the first year and increased to $136,685 in the fifth year and totals $494,485 over the five year period.  The seasonality of the income received, which is typical in the agricultural industry, makes most of the net farm income available in the summer months and limits cash flow in the winter months.  It would be preferable to amortize real estate payments on an annual basis.

Dated:  August 4, 2011

/s/Michael G. Alves

Michael G Alves, Debtor

/s/Elizabeth Alves

Elizabeth Alves, Co-Debtor

Prepared By:

/S/ Robert R. Fletcher, Ph.D.

Agricultural Economist,

Reno, Nevada

# Economic and Feasibility Plan Supplement

## These Tables go with the Michael and Elizabeth Alves Plan Supplement

### List of Tables Lettered A through E

Alves Net Farm Income Tables - A.................................................................................................9

    Table A1 - Alves Disposable and Net Farm Income by Month, Year 1 ...................................... 9

    Table A2 - Alves Disposable and Net Farm Income by Month, Year 2 ...................................... 9

    Table A3 - Alves Disposable and Net Farm Income by Month, Year 3 ...................................... 9

    Table A4 - Alves Disposable and Net Farm Income by Month, Year 4 .................................... 10

    Table A5 - Alves Disposable and Net Farm Income by Month, Year 5 .................................... 10

    Table A6 - Alves Disposable and Net Farm Income by Month for 5 Year Plan .......................... 10

Hilmar Property Table - B.......................................................................................................11

    Table B1 - Hilmar Property Income, Expenses and Disposable Income .................................. 11

Almond Farm Tables - C ........................................................................................................12

    Table C1 - Almond Farm Income, Expenses and Net Farm Income, by Month, Year 1 ........................ 12

    Table C2 - Almond Farm Income, Expenses and Net Farm Income, by Month, Years 2-5 ................... 12

Goat Farm Tables - D .............................................................................................................13

    Table D1 - Goat Farm Income, Expenses and Net Farm Income by Month, Year 1 ................... 13

    Table D2 - Goat Farm Income, Expenses and Net Farm Income by Month, Year 2 ................... 13

    Table D3 - Goat Farm Income, Expenses and Net Farm Income by Month, Year 3 ................... 13

    Table D4 - Goat Farm Income, Expenses and Net Farm Income by Month, Year 4 ................... 14

    Table D5 - Goat Farm Income, Expenses and Net Farm Income by Month, Year 5 ................... 14

    Table D6 - Feed Cost For Dairy Goats ............................................................................ 15

    Table D7 - Dairy Monthly and Annual Operating Costs...................................................... 16

    Table D8 - Dairy Goat Milk and Meat Sales by Year ......................................................... 17

Michael & Elizabeth Personal Table - E ................................................................................18

    Table E1 - Michael and Elizabeth Personal Income, Expenses and Disposable Income........................ 18

# Alves Net Farm Income Tables - A

## Table A1 - Alves Disposable and Net Farm Income by Month, Year 1

Year 1, September 2011 through August 30, 2012

| Source | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Personal Disp. Inc. | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 2,100 |
| Hilmar Rental Disp. Inc. | (67) | 1,875 | 1,875 | 5,875 | 1,733 | (68) | 1,733 | 1,732 | 1,733 | 1,732 | 1,733 | 1,732 | 21,618 |
| Almonds Net Farm Inc. | (6,258) | (3,010) | (2,389) | 10,071 | (2,531) | 10,428 | (2,531) | 9,928 | (2,531) | (2,532) | 23,389 | (4,395) | 27,639 |
| Dairy Net Farm Inc. | 11,468 | 4,924 | (4,237) | (10,781) | (13,929) | (14,707) | (9,472) | (4,760) | 3,616 | 14,086 | 21,938 | 19,321 | 17,466 |
| Total Net Farm Inc. | 5,318 | 3,964 | (4,576) | 5,340 | (14,552) | (4,172) | (10,095) | 7,075 | 2,993 | 13,461 | 47,235 | 16,833 | 68,825 |

## Table A2 - Alves Disposable and Net Farm Income by Month, Year 2

Year 2, September 2012 through August 30, 2013

| Source | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Personal Disp. Inc. | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 2,100 |
| Hilmar Rental Disp. Inc. | (67) | 1,875 | 1,875 | 5,875 | 1,733 | (68) | 1,733 | 1,732 | 1,733 | 1,732 | 1,733 | 1,732 | 21,618 |
| Almonds Net Farm Inc. | (6,258) | (3,010) | (2,389) | 10,071 | (2,531) | 10,428 | (2,531) | 9,928 | (2,531) | (2,532) | 23,389 | (4,395) | 27,639 |
| Dairy Net Farm Inc. | 12,479 | 5,781 | 3,596 | (10,294) | (13,516) | (14,313) | (8,955) | (4,132) | 4,441 | 15,158 | 23,196 | 20,517 | 26,766 |
| Total Net Farm Inc. | 6,329 | 4,821 | (3,935) | 5,827 | (14,139) | (3,778) | (9,578) | 7,703 | 3,818 | 14,533 | 48,493 | 18,029 | 78,123 |

## Table A3 - Alves Disposable and Net Farm Income by Month, Year 3

Year 3, September 2013 through August 30, 2014

| Source | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Personal Disp. Inc. | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 2,100 |
| Hilmar Rental Disp. Inc. | (67) | 1,875 | 1,875 | 5,875 | 1,733 | (68) | 1,733 | 1,732 | 1,733 | 1,732 | 1,733 | 1,732 | 21,618 |
| Almonds Net Farm Inc. | (6,258) | (3,010) | (2,389) | 10,071 | (2,531) | 10,428 | (2,531) | 9,928 | (2,531) | (2,532) | 23,389 | (4,395) | 27,639 |
| Dairy Net Farm Inc. | 15,348 | 7,817 | (2,726) | (10,257) | (13,880) | (14,776) | (8,751) | (3,329) | 6,311 | 18,360 | 27,398 | 24,385 | 45,900 |
| Total Net Farm Inc. | 9,198 | 6,857 | (3,065) | 5,864 | (14,503) | (4,241) | (9,374) | 8,506 | 5,688 | 17,735 | 52,695 | 21,897 | 97,257 |

## Table A4 - Alves Disposable and Net Farm Income by Month, Year 4

Year 4, September 2014 through August 30, 2015

| Source | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Personal Disp. Inc. | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 2,100 |
| Hilmar Rental Disp. Inc. | (67) | 1,875 | 1,875 | 5,875 | 1,733 | (68) | 1,733 | 1,732 | 1,733 | 1,732 | 1,733 | 1,732 | 21,618 |
| Almonds Net Farm Inc. | (6,258) | (3,010) | (2,389) | 10,071 | (2,531) | 10,428 | (2,531) | 9,928 | (2,531) | (2,532) | 23,389 | (4,395) | 27,639 |
| Dairy Net Farm Inc. | 17,861 | 9,578 | (2,019) | (10,303) | (14,287) | (15,273) | (8,646) | (2,682) | 7,921 | 21,175 | 31,115 | 27,801 | 62,240 |
| Total Net Farm Inc. | 11,711 | 8,618 | (2,358) | 5,818 | (14,910) | (4,738) | (9,269) | 9,153 | 7,298 | 20,550 | 56,412 | 25,313 | 113,597 |

## Table A5 - Alves Disposable and Net Farm Income by Month, Year 5

Year 5, September 2015 through August 30, 2016

| Source | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Personal Disp. Inc. | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 2,100 |
| Hilmar Rental Disp. Inc. | (67) | 1,875 | 1,875 | 5,875 | 1,733 | (68) | 1,733 | 1,732 | 1,733 | 1,732 | 1,733 | 1,732 | 21,618 |
| Almonds Net Farm Inc. | (6,258) | (3,010) | (2,389) | 10,071 | (2,531) | 10,428 | (2,531) | 9,928 | (2,531) | (2,532) | 23,389 | (4,395) | 27,639 |
| Dairy Net Farm Inc. | 21,283 | 12,021 | (947) | (10,209) | (14,665) | (15,767) | (8,357) | (1,688) | 10,168 | 24,988 | 36,103 | 32,398 | 85,328 |
| Total Net Farm Inc. | 15,133 | 11,061 | (1,286) | 5,912 | (15,288) | (5,232) | (8,980) | 10,147 | 9,545 | 24,363 | 61,400 | 29,910 | 136,685 |

## Table A6 - Alves Disposable and Net Farm Income by Month for 5 Year Plan

5 Year Plan, September 2011 through August 30, 2016

| Source | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Personal Disp. Inc. | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 10,500 |
| Hilmar Rental Disp. Inc. | (335) | 9,375 | 9,375 | 29,375 | 8,665 | (340) | 8,665 | 8,660 | 8,665 | 8,660 | 8,665 | 8,660 | 108,090 |
| Almonds Net Farm Inc. | (31,290) | (15,050) | (11,945) | 50,355 | (12,655) | 52,140 | (12,655) | 49,640 | (12,655) | (12,660) | 116,945 | (21,975) | 138,195 |
| Dairy Net Farm Inc. | 78,439 | 40,121 | (13,526) | (51,844) | (70,277) | (74,835) | (44,180) | (16,591) | 32,457 | 93,767 | 139,749 | 124,422 | 237,700 |
| Total Net Farm Inc. | 47,689 | 35,321 | (15,221) | 28,761 | (73,392) | (22,160) | (47,295) | 42,584 | 29,342 | 90,642 | 266,234 | 111,982 | 494,485 |

# Hilmar Property Table - B

## Table B1 - Hilmar Property Income, Expenses and Disposable Income

| Source | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | | | | | | | | | | | | | |
| Rental House | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 |
| Farm Land (Lease) | | | | 4,800 | | | | | | | | | 4,800 |
| Total Income | 2,000 | 2,000 | 2,000 | 6,800 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 28,800 |
| | | | | | | | | | | | | | |
| Expenses | | | | | | | | | | | | | |
| Taxes | 1,800 | | | | | 1,800 | | | | | | | 3,600 |
| Water | | | | 800 | | | | | | | | | 800 |
| Insurance | 142 | | | | 142 | 143 | 142 | 143 | 142 | 143 | 142 | 143 | 1,282 |
| Repairs & Maintenance | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Legal & Accounting | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 300 |
| Total Expenses | 2,067 | 125 | 125 | 925 | 267 | 2,068 | 267 | 268 | 267 | 268 | 267 | 268 | 7,182 |
| | | | | | | | | | | | | | |
| Disposable Income | (67) | 1,875 | 1,875 | 5,875 | 1,733 | (68) | 1,733 | 1,732 | 1,733 | 1,732 | 1,733 | 1,732 | 21,618 |

# Almond Farm Tables - C

## Table C1 - Almond Farm Income, Expenses and Net Farm Income, by Month, Year 1

Year 1, September 2011 through August 30, 2012

| Source | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rental Income | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 10,200 |
| Rental Expenses | | | | | | | | | | | | | |
| Taxes | | | | 500 | | | | 500 | | | | | 1,000 |
| Insurance | 143 | | | | 142 | 143 | 142 | 143 | 142 | 143 | 142 | 143 | 1,283 |
| Repairs | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Total Rental Exp | 193 | 50 | 50 | 550 | 192 | 193 | 192 | 693 | 192 | 193 | 192 | 193 | 2,883 |
| Net Rental Income | 657 | 800 | 800 | 300 | 658 | 657 | 658 | 157 | 658 | 657 | 658 | 657 | 7,317 |
| Almond Income | | | | 12,960 | | 12,960 | | 12,960 | | | 25,920 | | 64,800 |
| Almond Expenses | 6,915 | 3,810 | 3,189 | 3,189 | 3,189 | 3,189 | 3,189 | 3,189 | 3,189 | 3,189 | 3,189 | 5,052 | 44,478 |
| Net Almond Income | (6,915) | (3,810) | (3,189) | 9,771 | (3,189) | 9,771 | (3,189) | 9,771 | (3,189) | (3,189) | 22,731 | (5,052) | 20,322 |
| Net Farm Income | (6,258) | (3,010) | (2,389) | 10,071 | (2,531) | 10,428 | (2,531) | 9,928 | (2,531) | (2,532) | 23,389 | (4,395) | 27,639 |

## Table C2 - Almond Farm Income, Expenses and Net Farm Income, by Month, Years 2-5

Years (4) September 2012 through August 30, 2016

| Source | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rental Income | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 10,200 |
| Rental Expenses | | | | | | | | | | | | | |
| Taxes | | | | 500 | | | | 500 | | | | | 1,000 |
| Insurance | 143 | | | | 142 | 143 | 142 | 143 | 142 | 143 | 142 | 143 | 1,283 |
| Repairs | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Total Rental Exp | 193 | 50 | 50 | 550 | 192 | 193 | 192 | 693 | 192 | 193 | 192 | 193 | 2,883 |
| Net Rental Income | 657 | 800 | 800 | 300 | 658 | 657 | 658 | 157 | 658 | 657 | 658 | 657 | 7,317 |
| Almond Income | | | | 14,400 | | 14,400 | | 14,400 | | | 28,800 | | 72,000 |
| Almond Expenses | 6,915 | 3,810 | 3,189 | 3,189 | 3,189 | 3,189 | 3,189 | 3,189 | 3,189 | 3,189 | 3,189 | 5,052 | 44,478 |
| Net Almond Income | (6,915) | (3,810) | (3,189) | 11,211 | (3,189) | 11,211 | (3,189) | 11,211 | (3,189) | (3,189) | 25,611 | (5,052) | 27,522 |
| Net Farm Income | (6,258) | (3,010) | (2,389) | 11,511 | (2,531) | 11,868 | (2,531) | 11,368 | (2,531) | (2,532) | 26,269 | (4,395) | 34,839 |

# Dairy Goat Farm Tables - D

## Table D1 - Goat Farm Income, Expenses and Net Farm Income by Month, Year 1

Year 1, September 2011 through August 30, 2012

| Source | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | 47,115 | 40,571 | 31,410 | 24,866 | 21,718 | 20,940 | 26,175 | 30,887 | 39,263 | 49,733 | 57,585 | 54,968 | 445,230 |
| Expenses | | | | | | | | | | | | | |
| Feed Costs | 19,032 | 19,032 | 19,032 | 19,032 | 19,032 | 19,032 | 19,032 | 19,032 | 19,032 | 19,032 | 19,032 | 19,032 | 228,384 |
| Operating Costs | 16,615 | 16,615 | 16,615 | 16,615 | 16,615 | 16,615 | 16,615 | 16,615 | 16,615 | 16,615 | 16,615 | 16,615 | 199,380 |
| Total Cash Expenses | 35,647 | 35,647 | 35,647 | 35,647 | 35,647 | 35,647 | 35,647 | 35,647 | 35,647 | 35,647 | 35,647 | 35,647 | 427,764 |
| Net Farm Income | 11,468 | 4,924 | (4,237) | (10,781) | (13,929) | (14,707) | (9,472) | (4,760) | 3,616 | 14,086 | 21,938 | 19,321 | 17,466 |

## Table D2 - Goat Farm Income, Expenses and Net Farm Income by Month, Year 2

Year 2, September 2012 through August 30, 2013

| Source | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | 48,226 | 41,528 | 32,151 | 25,453 | 22,231 | 21,434 | 26,792 | 31,615 | 40,188 | 50,905 | 58,943 | 56,264 | 455,730 |
| Expenses | | | | | | | | | | | | | |
| Feed Costs | 19,032 | 19,032 | 19,032 | 19,032 | 19,032 | 19,032 | 19,032 | 19,032 | 19,032 | 19,032 | 19,032 | 19,032 | 228,384 |
| Operating Costs | 16,715 | 16,715 | 16,715 | 16,715 | 16,715 | 16,715 | 16,715 | 16,715 | 16,715 | 16,715 | 16,715 | 16,715 | 200,580 |
| Total Cash Expenses | 35,747 | 35,747 | 35,747 | 35,747 | 35,747 | 35,747 | 35,747 | 35,747 | 35,747 | 35,747 | 35,747 | 35,747 | 428,964 |
| Net Farm Income | 12,479 | 5,781 | (3,596) | (10,294) | (13,516) | (14,313) | (8,955) | (4,132) | 4,441 | 15,158 | 23,196 | 20,517 | 26,766 |

## Table D3 - Goat Farm Income, Expenses and Net Farm Income by Month, Year 3

Year 3, September 2013 through August 30, 2014

| Source | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | 54,223 | 46,692 | 36,149 | 28,618 | 24,995 | 24,099 | 30,124 | 35,546 | 45,186 | 57,235 | 66,273 | 63,260 | 512,400 |
| Expenses | | | | | | | | | | | | | |
| Feed Costs | 21,320 | 21,320 | 21,320 | 21,320 | 21,320 | 21,320 | 21,320 | 21,320 | 21,320 | 21,320 | 21,320 | 21,320 | 255,840 |
| Operating Costs | 17,555 | 17,555 | 17,555 | 17,555 | 17,555 | 17,555 | 17,555 | 17,555 | 17,555 | 17,555 | 17,555 | 17,555 | 210,660 |
| Total Cash Expenses | 38,875 | 38,875 | 38,875 | 38,875 | 38,875 | 38,875 | 38,875 | 38,875 | 38,875 | 38,875 | 38,875 | 38,875 | 466,500 |
| Net Farm Income | 15,348 | 7,817 | (2,726) | (10,257) | (13,880) | (14,776) | (8,751) | (3,329) | 6,311 | 18,360 | 27,398 | 24,385 | 45,900 |

## Table D4 - Goat Farm Income, Expenses and Net Farm Income by Month, Year 4

Year 4, September 2014 through August 30, 2015

| Source | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | 59,641 | 51,358 | 39,761 | 31,477 | 27,493 | 26,507 | 33,134 | 39,098 | 49,701 | 62,955 | 72,895 | 69,581 | 563,600 |
| Expenses | | | | | | | | | | | | | |
| Feed Costs | 23,447 | 23,447 | 23,447 | 23,447 | 23,447 | 23,447 | 23,447 | 23,447 | 23,447 | 23,447 | 23,447 | 23,447 | 281,364 |
| Operating Costs | 18,333 | 18,333 | 18,333 | 18,333 | 18,333 | 18,333 | 18,333 | 18,333 | 18,333 | 18,333 | 18,333 | 18,333 | 219,996 |
| Total Cash Expenses | 41,780 | 41,780 | 41,780 | 41,780 | 41,780 | 41,780 | 41,780 | 41,780 | 41,780 | 41,780 | 41,780 | 41,780 | 501,360 |
| Net Farm Income | 17,861 | 9,578 | (2,019) | (10,303) | (14,287) | (15,273) | (8,646) | (2,682) | 7,921 | 21,175 | 31,115 | 27,801 | 62,240 |

## Table D5 - Goat Farm Income, Expenses and Net Farm Income by Month, Year 5

Year 5, September 2015 through August 30, 2016

| Source | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | 66,689 | 57,427 | 44,459 | 35,197 | 30,741 | 29,639 | 37,049 | 43,718 | 55,574 | 70,394 | 81,509 | 77,804 | 630,200 |
| Expenses | | | | | | | | | | | | | |
| Feed Costs | 26,244 | 26,244 | 26,244 | 26,244 | 26,244 | 26,244 | 26,244 | 26,244 | 26,244 | 26,244 | 26,244 | 26,244 | 314,928 |
| Operating Costs | 19,162 | 19,162 | 19,162 | 19,162 | 19,162 | 19,162 | 19,162 | 19,162 | 19,162 | 19,162 | 19,162 | 19,162 | 229,944 |
| Total Cash Expenses | 45,406 | 45,406 | 45,406 | 45,406 | 45,406 | 45,406 | 45,406 | 45,406 | 45,406 | 45,406 | 45,406 | 45,406 | 544,872 |
| Net Farm Income | 21,283 | 12,021 | (947) | (10,209) | (14,665) | (15,767) | (8,357) | (1,688) | 10,168 | 24,988 | 36,103 | 32,398 | 85,328 |

## Table D6 - Feed Cost for Dairy Goats

Years 1 and 2 Feed Costs for 700 Dairy Goat Farm

| | Unit | Units | Cost/Unit | Annual | Monthly |
|---|---|---|---|---|---|
| Mineral Block | Block | 140 | 8 | 1,148 | 96 |
| Alfalfa Hay | Ton | 470 | 250 | 117,500 | 9,792 |
| Oat/Grass Hay | Ton | 200 | 120 | 24,000 | 2,000 |
| Dry Minerals | Ton | 2 | 380 | 570 | 48 |
| Mixed Grain & Pellets | Ton | 240 | 320 | 76,800 | 6,400 |
| Kid Grain | Ton | 22 | 200 | 4,480 | 373 |
| Calf Milk Replacer | Sack | 56 | 43 | 2,380 | 198 |
| Bedding | Ton | 30 | 50 | 1,500 | 125 |
| Total Feed Costs | | | | 228,378 | 19,032 |

Year 3 Feed Costs for 775 Dairy Goat Farm

| | Unit | Units | Cost/Unit | Annual | Monthly |
|---|---|---|---|---|---|
| Mineral Block | Block | 154 | 8 | 1,263 | 105 |
| Alfalfa Hay | Ton | 517 | 250 | 129,250 | 10,771 |
| Oat Hay | Ton | 220 | 140 | 30,800 | 2,567 |
| Dry Minerals | Ton | 2 | 380 | 760 | 63 |
| Mixed Grain & Pellets | Ton | 264 | 320 | 84,480 | 7,040 |
| Kid Grain | Ton | 25 | 200 | 5,000 | 417 |
| Calf Milk Replacer | Sack | 62 | 43 | 2,635 | 220 |
| Bedding | Ton | 33 | 50 | 1,650 | 138 |
| Total Feed Costs | | | | 255,838 | 21,320 |

Year 4 Feed Costs for 850 Dairy Goat Farm

| | Unit | Units | Cost/Unit | Annual | Monthly |
|---|---|---|---|---|---|
| Mineral Block | Block | 169 | 8 | 1,386 | 115 |
| Alfalfa Hay | Ton | 569 | 250 | 142,250 | 11,854 |
| Oat Hay | Ton | 242 | 140 | 33,880 | 2,823 |
| Dry Minerals | Ton | 2 | 380 | 760 | 63 |
| Mixed Grain & Pellets | Ton | 290 | 320 | 92,800 | 7,733 |
| Kid Grain | Ton | 28 | 200 | 5,600 | 467 |
| Calf Milk Replacer | Sack | 68 | 43 | 2,890 | 241 |
| Bedding | Ton | 36 | 50 | 1,800 | 150 |
| Total Feed Costs | | | | 281,366 | 23,447 |

Year 5 Feed Costs for 950 Dairy Goat Farm

| | Unit | Units | Cost/Unit | Annual | Monthly |
|---|---|---|---|---|---|
| Mineral Block | Block | 189 | 8 | 1,550 | 129 |
| Alfalfa Hay | Ton | 637 | 250 | 159,250 | 13,271 |
| Oat Hay | Ton | 271 | 140 | 37,940 | 3,162 |
| Dry Minerals | Ton | 2 | 380 | 760 | 63 |
| Mixed Grain & Pellets | Ton | 325 | 320 | 104,000 | 8,667 |
| Kid Grain | Ton | 31 | 200 | 6,200 | 517 |
| Calf Milk Replacer | Sack | 76 | 43 | 3,230 | 269 |
| Bedding | Ton | 40 | 50 | 2,000 | 167 |
| Total Feed Costs | | | | 314,930 | 26,244 |

# Table D7 - Dairy Monthly and Annual Operating Costs

| Average Income /Month | Sep 11-Oct 12 | | Sep 12-Oct 13 | | Sep 13-Oct 14 | | Sep 20-Oct 15 | | Sep 15-Oct 16 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash Expenses | Monthly | Annual | Monthly | Annual | Monthly | Annual | Monthly | Annual | Monthly | Annual |
| Feed Costs | 19,032 | 228,384 | 19,032 | 228,384 | 21,320 | 255,840 | 23,447 | 281,364 | 26,244 | 314,928 |
| Operating Margin | 18,071 | 216,852 | 18,946 | 227,352 | 21,380 | 256,560 | 23,520 | 282,240 | 26,273 | 315,276 |
| Milk-Feed Ratio | 1.95 | | 2.00 | | 2.00 | | 2.00 | | 2.00 | |
| Operating Expenses | | | | | | | | | | |
| Lease (Farm) | 3,500 | 42,000 | 3,500 | 42,000 | 3,500 | 42,000 | 3,500 | 42,000 | 3,500 | 42,000 |
| Labor (Debtor Wage) | 900 | 10,800 | 900 | 10,800 | 900 | 10,800 | 900 | 10,800 | 900 | 10,800 |
| Hired Labor | 5,000 | 60,000 | 5,000 | 60,000 | 5,500 | 66,000 | 6,000 | 72,000 | 6,500 | 78,000 |
| Payroll Exp (FICA)? | 750 | 9,000 | 750 | 9,000 | 825 | 9,900 | 900 | 10,800 | 975 | 11,700 |
| Contract Hire | 400 | 4,800 | 400 | 4,800 | 400 | 4,800 | 400 | 4,800 | 400 | 4,800 |
| Truck | 350 | 4,200 | 350 | 4,200 | 350 | 4,200 | 350 | 4,200 | 350 | 4,200 |
| Inspections | 30 | 360 | 30 | 360 | 35 | 420 | 38 | 456 | 42 | 504 |
| Power | 800 | 9,600 | 800 | 9,600 | 800 | 9,600 | 800 | 9,600 | 800 | 9,600 |
| Garbage | 80 | 960 | 80 | 960 | 80 | 960 | 80 | 960 | 80 | 960 |
| Propane | 450 | 5,400 | 450 | 5,400 | 450 | 5,400 | 450 | 5,400 | 450 | 5,400 |
| Telephone | 180 | 2,160 | 180 | 2,160 | 180 | 2,160 | 180 | 2,160 | 180 | 2,160 |
| Fuel | 850 | 10,200 | 850 | 10,200 | 850 | 10,200 | 850 | 10,200 | 850 | 10,200 |
| Chemicals | 250 | 3,000 | 250 | 3,000 | 250 | 3,000 | 250 | 3,000 | 250 | 3,000 |
| Supplies | 100 | 1,200 | 100 | 1,200 | 125 | 1,500 | 130 | 1,560 | 135 | 1,620 |
| Repairs | 200 | 2,400 | 300 | 3,600 | 400 | 4,800 | 500 | 6,000 | 600 | 7,200 |
| Medicine | 150 | 1,800 | 150 | 1,800 | 150 | 1,800 | 150 | 1,800 | 150 | 1,800 |
| Vet and Vet related | 900 | 10,800 | 900 | 10,800 | 1,010 | 12,120 | 1,080 | 12,960 | 1,200 | 14,400 |
| Loader | 300 | 3,600 | 300 | 3,600 | 300 | 3,600 | 300 | 3,600 | 300 | 3,600 |
| Feed Wagon | 275 | 3,300 | 275 | 3,300 | 275 | 3,300 | 275 | 3,300 | 275 | 3,300 |
| Tractor Lease | 450 | 5,400 | 450 | 5,400 | 450 | 5,400 | 450 | 5,400 | 450 | 5,400 |
| Trucking | 100 | 1,200 | 100 | 1,200 | 100 | 1,200 | 100 | 1,200 | 100 | 1,200 |
| Insurance &Taxes | 200 | 2,400 | 200 | 2,400 | 225 | 2,700 | 250 | 3,000 | 275 | 3,300 |
| Contingent Expenses | 400 | 4,800 | 400 | 4,800 | 400 | 4,800 | 400 | 4,800 | 400 | 4,800 |
| Operating Expenses | 16,615 | 199,380 | 16,715 | 200,580 | 17,555 | 210,660 | 18,333 | 219,996 | 19,162 | 229,944 |
| Total Cash Expenses | 35,647 | 427,764 | 35,747 | 428,964 | 38,875 | 466,500 | 41,780 | 501,360 | 45,406 | 544,872 |
| Net Farm Inc | 1,456 | 17,472 | 2,231 | 26,772 | 3,825 | 45,900 | 5,187 | 62,244 | 7,111 | 85,332 |

# Table D8 - Dairy Goat Milk and Meat Sales by Year

| Year | Number Goats | Gallons Goat | Gallons Total | Price Gallon | Milk Sales | Meat Sales | Total Income | Average Month Inc | lbs Goat |
|---|---|---|---|---|---|---|---|---|---|
| 2011-12 | 700 | 195 | 136,500 | 3.02 | 412,230 | 33,000 | 445,230 | 37,103 | 1,677 |
| 2012-13 | 700 | 198 | 138,600 | 3.05 | 422,730 | 33,000 | 455,730 | 37,978 | 1,703 |
| 2013-14 | 775 | 200 | 155,000 | 3.08 | 477,400 | 35,000 | 512,400 | 42,700 | 1,720 |
| 2014-15 | 850 | 200 | 170,000 | 3.08 | 523,600 | 40,000 | 563,600 | 46,967 | 1,720 |
| 2015-16 | 950 | 200 | 190,000 | 3.08 | 585,200 | 45,000 | 630,200 | 52,517 | 1,720 |

| | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Total | Monthly Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Distribution | 10.58% | 9.11% | 7.05% | 5.59% | 4.88% | 4.70% | 5.88% | 6.94% | 8.82% | 11.17% | 12.93% | 12.35% | 100.00% | |
| Yr 1 | 47,115 | 40,571 | 31,410 | 24,866 | 21,718 | 20,940 | 26,175 | 30,887 | 39,263 | 49,733 | 57,585 | 54,968 | 445,230 | 37,103 |
| Yr 2 | 48,226 | 41,528 | 32,151 | 25,453 | 22,231 | 21,434 | 26,792 | 31,615 | 40,188 | 50,905 | 58,943 | 56,264 | 455,730 | 37,978 |
| Yr 3 | 54,223 | 46,692 | 36,149 | 28,618 | 24,995 | 24,099 | 30,124 | 35,546 | 45,186 | 57,235 | 66,273 | 63,260 | 512,400 | 42,700 |
| Yr 4 | 59,641 | 51,358 | 39,761 | 31,477 | 27,493 | 26,507 | 33,134 | 39,098 | 49,701 | 62,955 | 72,895 | 69,581 | 563,600 | 46,967 |
| Yr 5 | 66,689 | 57,427 | 44,459 | 35,197 | 30,741 | 29,639 | 37,049 | 43,718 | 55,574 | 70,394 | 81,509 | 77,804 | 630,200 | 52,517 |

# Michael & Elizabeth Personal Table - E

## Table E1 - Michael and Elizabeth Personal Income, Expenses and Disposable Income

| Source | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Personal Income | | | | | | | | | | | | | |
| Elizabeth, Salary | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 |
| *Michael, Note | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 4,200 |
| Michael, Almond Farm | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 5,400 |
| Michael, Dairy Farm | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 10,800 |
| Total Personal Income | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 56,400 |
| Personal Expenditures | | | | | | | | | | | | | |
| Housing | | | | | | | | | | | | | |
| Propane | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| TV | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 900 |
| Internet Service | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 720 |
| Telephone | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 1,080 |
| Household Supplies | 65 | 65 | 65 | 65 | 65 | 65 | 65 | 65 | 65 | 65 | 65 | 65 | 780 |
| Furniture | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 480 |
| Appliances and Equipment | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Repairs and Maintenance | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 900 |
| Insurance | | | | | | | | | | | | | |
| Health (Dependents) | 330 | 330 | 330 | 330 | 330 | 330 | 330 | 330 | 330 | 330 | 330 | 330 | 3,960 |
| Car | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 1,500 |
| Life | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 4,200 |
| Renters Liability | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 240 |
| Food | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 9,000 |
| Clothing (Inc Diapers) | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 4,800 |
| Transportation | | | | | | | | | | | | | |
| Registration | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 300 |
| Car Payments | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 4,200 |
| Gas | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Service | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 240 |
| Repairs (Tires inc) | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Child Care | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 10,200 |
| Medical ( Co-Pays) | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Miscellaneous | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Total Expenditures | 4,525 | 4,525 | 4,525 | 4,525 | 4,525 | 4,525 | 4,525 | 4,525 | 4,525 | 4,525 | 4,525 | 4,525 | 54,300 |
| Disposable Income | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 2,100 |

*Payments are in arrears, partial payments used

# References

[1] **Consumer Expenditure Survey 2009**
http://www.bls.gov/cex/csxstnd.htm

[2] Table 4--**Indexes** of **Prices Received and Paid by Farmers**, U.S. Average
www.ers.usda.gov/publications/Agoutlook/aotables/.../aotab04.xls

[3] SAMPLE COSTS TO ESTABLISH AN ORCHARD AND PRODUCE ALMONDS
SAN JOAQUIN VALLEY NORTH - MICRO SPRINKLER IRRIGATION 2005 & 2011
UNIVERSITY OF CALIFORNIA COOPERATIVE EXTENSION,
Prepared by:
Roger A. Duncan UCCE Farm Advisor, Stanislaus County
Paul S. Verdegaal UCCE Farm Advisor, San Joaquin County
Brent A. Holtz UCCE Farm Advisor, Madera County
Karen A. Klonsky UCCE Extension Specialist, Department of Agricultural and Resource Economics, UC Davis
Richard L. De Moura Research Associate, Department of Agricultural and Resource Economics, UC Davis
http://coststudies.ucdavis.edu/files/almondsprinklevn06.pdf  2006 AM-VN-06-2
http://coststudies.ucdavis.edu/files/AlmondSprinkleVN2011.pdf  2011 AM-VN-11-1

[4] SAMPLE COSTS FOR A 500 DAIRY GOAT OPERATION
Milk for Cheese Production in the North Coast
UNIVERSITY OF CALIFORNIA COOPERATIVE EXTENSION 2005 GT-NC-05-R ANR Revised #7, 8/29/06
Authors:
Deborah D. Giraud UC Cooperative Extension Farm Advisor, Humboldt County
Karen M. Klonsky UC Cooperative Extension Economist, Department of Agricultural and Resource Economics, UC
Davis
Pete Livingston Staff Research Associate, Department of Agricultural and Resource Economics, UC Davis
http://coststudies.ucdavis.edu/files/dairygoatsnc05r.pdf  GT-NC-05-R ANR Revised #7, 8/29/06


SAMPLE COSTS FOR A GOATS FOR MEAT OPERATION in Northern California
UNIVERSITY OF CALIFORNIA - COOPERATIVE EXTENSION, 2010 GT-NC-10
Authors:
Josh S. Davy UC Cooperative Extension Livestock and Natural Resources Farm Advisor, Glenn, Colusa, & Tehama Counties
Larry C. Forero UC Cooperative Extension Livestock and Natural Resources Farm Advisor, Shasta-Trinity
Counties
Roger S. Ingram UC Cooperative Extension Livestock and Natural Resources Farm Advisor, Placer-Nevada Counties
Glenn A. Nader UC Cooperative Extension Livestock and Natural Resources Farm Advisor, Sutter-Yuba Counties
John M. Harper UC Cooperative Extension Livestock and Natural Resources Farm Advisor, Mendocino-Lake
Counties
Holly A. George UC Cooperative Extension Livestock and Natural Resources Farm Advisor, Plumas-Sierra
Counties
Morgan P. Doran UC Cooperative Extension Livestock and Natural Resources Farm Advisor, Solano, Napa, & Yolo
Counties
Sheila Barry UC Cooperative Extension Livestock and Natural Resources Farm Advisor, Santa Clara, Contra
Costa & Alameda Counties
Stephanie Larsen UC Cooperative Extension Livestock and Natural Resources Farm Advisor, Sonoma-Marin

Counties
Marion Stanley UC Cooperative Extension Livestock Farm Advisor, Emeritus
Karen M. Klonsky UC Cooperative Extension Specialist, Department of Agricultural and Resource Economics, UC Davis
Pete Livingston UC Cooperative Extension Staff Research Associate, Department of Agricultural and Resource Economics, UC Davis

**http://coststudies.ucdavis.edu/files/meatgoatncal2010.pdf** GT-NC-10

**[5] Tulare County Stock Yards, Market Report July 8, 2011**

**http://tularecountystockyard.com/**

**[6] Escalon Livestock Market, Inc., Escalon, CA**

**www.escalonlivestockmarket.com**