John White, Esq.  
White Law Chartered  
335 West First Street  
Reno, NV 89503  
775-322-8000  
775-322-1228 (Fax)  
john@whitelawchartered.com  
Counsel for the Debtors

E-filed on August 5, 2011

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEVADA

In re:

MICHAEL GEORGE ALVES and ELIZABETH MEIRINHO ALVES, dba ALVES GOAT DAIRY

Debtors

CASE NO.: BK-N-11-50606-BTB

Chapter 12

CERTIFICATE OF SERVICE

Hearing Date: N/A

I hereby certify that I caused to be served a true and correct copy of the following documents in the following manner:

☑ a. Via the Court's ECF System on August 4, 2011 to:

M Nelson Enmark at nenmark.trustee@gmail.com

Amy N. Tirre on behalf of California AG Commodities at amy@amytirrelaw.com

U.S. Trustee - RN - 11 USTPRegion17.RE.ECF@usdoj.gov

1. DEBTOR'S FIRST AMENDED CHAPTER 12 PLAN AND VALUATION MOTION;

2. NOTICE OF HEARING ON DEBTORS' FIRST AMENDED CHAPTER 12 PLAN;

3. NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING ("NEGATIVE NOTICE") ON THE DEBTOR'S APPLICATION TO EMPLOY ROBERT R. FLETCHER AS CHAPTER 12 PLAN CONSULTANT;

WHITE LAW CHARTERED  
LAWYERS  
20TH CENTURY BLDG.  
335 W. FIRST STREET  
RENO, NV 89503  

T (775) 322-8000  
F (775) 322-1228

4. DEBTOR'S APPLICATION TO EMPLOY ROBERT R. FLETCHER AS CHAPTER 12 PLAN CONSULTANT; and

5. DECLARATION OF DISINTERESTEDNESS IN SUPPORT OF APPLICATION TO EMPLOY ROBERT R. FLETCHER AS DEBTORS' CHAPTER 12 PLAN CONSULTANT;

☑ b. I served the following documents Via First class U.S. mail, postage prepaid to the persons as described in the attached mailing matrix on the dates described below:

1. On August 4, 2011 - DEBTOR'S FIRST AMENDED CHAPTER 12 PLAN AND VALUATION MOTION;

2. On August 4, 2011 - NOTICE OF HEARING ON DEBTORS' FIRST AMENDED CHAPTER 12 PLAN; and,

3. On August 5, 2011 - NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING ("NEGATIVE NOTICE") ON THE DEBTOR'S APPLICATION TO EMPLOY ROBERT R. FLETCHER AS CHAPTER 12 PLAN CONSULTANT;

☑ c. I served the following documents Via First class U.S. mail, postage prepaid on August 5, 2011 to the persons as described below:

1. DEBTOR'S APPLICATION TO EMPLOY ROBERT R. FLETCHER AS CHAPTER 12 PLAN CONSULTANT; and

2. DECLARATION OF DISINTERESTEDNESS IN SUPPORT OF APPLICATION TO EMPLOY ROBERT R. FLETCHER AS DEBTORS' CHAPTER 12 PLAN CONSULTANT;

Aurora Loan Services,
℅ Seth Adams, Esq.
sadams@McCarthyHolthus.com
McCarthy & Holthus, LLP
200 S. Virginia St., 8th Flr.
Reno, NV 89501

WHITE LAW CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

1  Chase Home Finance, LLC
   Chase Record Center
2  Attention: Correspondence Mail
   Mail Code: LA4-5555
3  700 Kansas Lane
4  Monroe, LA 71203-4774

5  Len and Darlene Borges
   255 Jersey Lane
6  Fernley, NV 89408

7

8  PNC Bank
   Attention: Therese Green
9  P.O. Box 94982
   Cleveland, OH 44101
10
   Dennis L. Hay, Esq.
11 Law Office of Dennis L. Hay, Esq.
   18780 East Highway 88, P.O. Box 745
12 Clements, CA 95227
13
   Stewart & Jasper Marketing, Inc.
14 Attention: Ms. Linda Wortman or the Officer-in-Charge
   3500 Shiells Road
15 Newman, CA 95360
16
   Savant Holsteins
17 PO Box 944
   Madera, CA 93639
18

19      I declare under penalty and perjury that the foregoing is true and correct.
20
        Signed on: August 5, 2011.
21
22                                                  _____
                                                    Declarant, Mary A. Hernandez
23
24
25
26
27
28

WHITE LAW CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

3

Label Matrix for local noticing
0978-3
Case 11-50606-btb
District of Nevada
Reno
Thu Aug  4 10:22:01 PDT 2011

Aurora Loan Services LLC, its assignees and/
c/o McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117-8804

CALIFORNIA AG COMMODITIES
c/o LAW OFFICES OF AMY N. TIRRE, APC
3715 LAKESIDE DRIVE, SUITE A
RENO, NV 89509-5349

United States Bankruptcy Court
300 Booth Street
Reno, NV 89509-1360

ALP Custom Spreading, Inc.
P.O. Box 218
Newman, CA 95360-0218

AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LLP
POB 3001
MALVERN  PA 19355-0701

AT&T
P.O. Box 989045
West Sacramento, CA 95798-9045

AT&T Universalcard
P.O. Box 3855
Houston, TX 77253-3855

AT&T Universalcard
P.O. Box 6418
The Lakes, NV 88901-6418

(p)ADVANTA
700 DRESHER RD
HORSHAM PA 19044-2206

Allied Insurance
P.O. Box 51450
Los Angeles, CA 90051-5750

Altitude Family Medicine
P.O. Box 660
Carson City, NV 89702-0660

American Express
P.O. Box 0001
Los Angeles, CA 90096-0001

Anthem Blue Cross
P.O. Box 5747
Denver, CO 80217-5747

Artois Feed Inc.
P.O. Box 120
Artois, CA 95913-0120

Ashley Funding Services LLC its successors a
assigns as assignee of Laboratory Corp
of America Holdings
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Associated Anesthesiologists of Reno
300 S. Arlington Ave.
Reno, NV 89501-2097

Aurora Loan Services
2617 College Park
Scottsbluff, NE 69361-2294

Aurora Loan Services LLC
c/o McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117-8804

B Of A Business Credit Express
P.O. Box 15184
Wilmington, DE 19850-5184

Bank of America - NEA Visa
P.O. Box 15102
Wilmington, DE 19886-5102

Bank of America VISA
P.O. Box 15726
Wilmington, DE 19886-5726

Bank of America-CTA
P.O. Box 17309
Baltimore, MD 21297-1309

Borges Family Trust
255 Jersey Lane
Fernley, NV 89408-8849

Borges, Les and Darleen
255 Jersey Lane
Fernley, NV 89408-8849

CC Communications
1750 West Williams Ave.
Fallon, NV 89406-2646

California AG Commodities
P.O. Box 9228
Red Bluff, CA 96080-6070

Capital One
P.O. Box 60024
City of Industry, CA 91716-0024

Capital One
P.O. Box 60059
City of Industry, CA 91716-0059

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC  28272-1083

Caterpillar Financial Services
P.O. Box 100647
Pasadena, CA 91189-0003

Central California Irrigation District
1335 West I Street
Los Banos, CA 93635-4598

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

Chase Home Finance LLC
8724 Griffith Ave.
Hilmar, CA 95324-9330

Chase Home Finance LLC
P.O. Box 78420
Phoenix, AZ 85062-8420

Chase Mastercard
P.O. Box 94014
Palatine, IL 60094-4014

Chase Record Center
Attention:Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203-4774

Country Insurance & Financial Services
P.O. Box 2100
Bloomington, IL 61702-2100

Cumberland Valley Analytical Svc., INC
P.O. Box 669
Maugansville, MD 21767-0669

DISH NETWORK
ATTN: BANKRUPTCY DEPT.
P.O. BOX 6633
ENGLEWOOD, CO 80155-6633

Dennis L. Hay, Esq.
P.O. Box 745
Clements, CA 95227-0745

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713-0002

Diamond Valley Hay Company, INC.
P.O. Box 10
Eureka, NV 89316-0010

Direct TV
P.O. Box 78626
Phoenix, AZ 85062-8626

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Dish Network
P.O. Box 7203
Pasadena, CA 91109-7303

Duramedic
P.O. Box 2728
Austin, TX 78768-2728

Elk Grove Dairy Services, INC.
P.O. Box 1030
Wilton, CA 95693
Ernst Ranch & Dairy Supply
1975 Berney Street
Fallon, NV 89406-9184

Emanuel Medical Center
825 Delbon Ave.
Turlock, CA 95382-2016

FERRELLGAS, INC.
ONE LIBERTY PLAZA, MD#40
LIBERTY, MO 64068-2971

FPC Financial,f.s.b.
PO Box 6600
6400 NW 86th st
Johnston, IA 50131-2945

Farm Plan
P.O. Box 4450
Carol Stream, IL 60197-4450

Ferrell Gas
P.O. Box 173940
Denver, CO 80217-3940

Gonzalez, Celia, FLC
P.O. Box 247
Newman, CA 95360-0247

Internal Revenue Service
110 City Parkway
Las Vegas, NV 89106-6085
MS/5028LVG

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JED ASMUS M.S., P.A.S.
282 Mariner Court
Lodi, CA 95240-8875

JSIX, LLC.
P.O. 447 Dog Leg Drive
Fernley, NV 89408-0447

Key Equipment Finance
P.O. Box 74713
Cleveland, OH 44194-0796

| | | |
|---|---|---|
| Key Equipment Finance Inc<br>1000 S. McCaslin Blvd<br>Superior, CO 80027-9437 | LAB Corporation of America<br>P.O. Box 2240<br>Burlington, NC 27216-2240 | LES SCHWAB TIRE CENTERS OF NEVADA, INC.<br>PO BOX 5350<br>BEND, OR 97708-5350 |
| LESLIE & DARLENE BORGES TRUST<br>255 JERSEY LANE<br>FERNLEY, NV 89408-8849 | Les Schwab<br>2555 Reno Hwy.<br>Fallon, NV 89406-9301 | Luis Matias<br>18574 Bloss Ave.<br>Hilmar, CA 95324-9333 |
| MERCED COUNTY TAX COLLECTOR<br>ATTN: MONICA VASQUEZ<br>2222 "M" STREET<br>MERCED, CA 95340-3729 | MF Barcellos, INC. Texaco Products<br>P.O. Box 569<br>Yerington, NV 89447-0569 | McCosker Farms<br>1064 Via Baja<br>Lafayette, CA 94549-2918 |
| Merced County Tax Collector<br>Attn: Karen D. Adams, CPA<br>2222 M Street<br>Merced, CA 95340-3729 | Mid Valley Large Animal Service<br>4509 West Taylor Road<br>Turlock, CA 95380-9558 | Mountain View Large Animal Services<br>P.O. Box 6069<br>Gardnerville, NV 89460-4601 |
| (p)NV ENERGY<br>ATTN YVONNE ENOS<br>PO BOX 10100<br>RENO NV 89520-0024 | Nevada Dept. of Taxation, Bankruptcy Se<br>4600 Kietzke Lane<br>Suite L-235<br>Reno, NV 89502-5049 | Northern Nevada Medical Center<br>P.O. Box 31001-0827<br>Pasadena, CA, 9110-0827 |
| OB-GYN Associates<br>P.O. Box 12040<br>Reno, NV 89510-2040 | Orchard Bank<br>P.O. Box 60102<br>City of Industry, CA 91716-0102 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101-4982 |
| PNC Bank (Heloc)<br>P.O. Box 5570<br>Brecksville, OH 44101-0570 | Pacific Gas & Electric<br>309 Merced Street<br>Newman, CA 95360-9768 | Pediatrix Medical Group<br>P.O. Box 120153<br>Grand Rapids, MI 49528-0103 |
| Pediatrix-Obstetrix<br>P.O. Box 504464<br>St. Louis, MO 63150-4464 | Pinehut Livestock Supply, INC.<br>1416 Industrial Way<br>Gardnerville, NV 89410-5789 | RENOWN REGIONAL MEDICAL CTR.<br>P.O. BOX 3006<br>RENO, NV 95206 |
| ROC<br>555 North Arlington Ave.<br>Reno, NV 89503-4723 | Radiology Consultants LLC dba Reno D<br>P.O. Box 22995<br>Pasadena, CA 91185-0001 | Ranches, John Ghetto<br>80 Nubian Way<br>Fallon, NV 89406-5279 |
| Reno Radiological Associates<br>5250 Neil Road<br>Suite 103<br>Reno, NV 89502-6546 | Renown Health<br>P.O. Box 3006<br>Reno, NV 89520 | SAVANT HOLSTEINS<br>PO BOX 944<br>MADERA, CA 93639-0944 |

| | | |
|---|---|---|
| SOUTHWEST GAS CORPORATION<br>PO BOX 1498<br>VICTORVILLE, CA 92393-1498<br>BANKRUPTCY DESK | STANISLAUS COUNTY TAX COLLECTOR<br>PO BOX 859<br>MODESTO, CA 95353-0859 | STEVEN ARTOIS<br>P.O. BOX 120<br>ARTOIS, CALIFORNIA 95913-0120 |
| San Joaquin Valley Hay Growers<br>P.O. Box 1127<br>Tracy, CA 95378-1127 | Savant Holsteins<br>dba First Savant Leasing<br>P.O. Box 944<br>Madera, CA 93639-0944 | Shaker 911, LLC<br>3666 West Service Road<br>Modesto, CA 95358-9664 |
| Sierra Anesthesia INC.<br>520 Hammill Lane<br>Reno, NV 89511-2045 | Sierra Pediatrics<br>P.O. Box 18069<br>Reno, NV 89511-0069 | Silliker, INC. Northern CA LAB<br>3155 Paysphere Circle<br>Chicago, IL 60674-0001 |
| Southwest Gas Company<br>P.O. Box 98890<br>Las Vegas, NV 89193-8890 | Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, CO 80129-2386 | Specialized Loan Servicing, LLC (Heloc)<br>P.O. Box 636005<br>Littleton, CO 80163-6005 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | Stanislaus County Tax Collector<br>Attn: Gordon B. Ford<br>1010 10th Street<br>Ste. 2500<br>Modesto, CA 95354-0864 | Stanislaus Farm Supply<br>624 E. Service Road<br>Modesto, CA 95358-9451 |
| State of Nevada Dept. of Motor Vehicles<br>Attn: Legal Division<br>555 Wright Way<br>Carson City, NV 89711-0001 | Stewart & Jasper<br>3500 Shiells Rd<br>Newman, CA 95360-9798 | Trashpros<br>P.O. Box 680<br>Fernley, NV 89408-0680 |
| United States Trustee<br>300 Booth Street #3009<br>Reno, NV 89509-1360 | Valley First Credit Union<br>P.O. Box 1411<br>Modesto, CA 95353-1411 | Vista Equipment INC.<br>2366 Resource Drive<br>Hazen, NV 89408-8850 |
| WM. J. Koenig, INC.<br>902 West 18th Street<br>Merced, CA 95340-4503 | Zapien Dairy Management<br>3424 Oakdale Road<br>Suite 7<br>Modesto, CA 95355-9607 | ELIZABETH MEIRINHO ALVES<br>1050 PEPPER LANE<br>FERNLEY, NV 89408-5650 |
| JOHN WHITE<br>335 W FIRST ST<br>RENO, NV 89503-5301 | M NELSON ENMARK<br>3855 N. WEST AVENUE, STE 108<br>FRESNO, CA 93705-2759 | MICHAEL GEORGE ALVES<br>1050 PEPPER LANE<br>FERNLEY, NV 89408-5650 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Advanta Bank Corp.
P.O. Box 8088
Philadelphia, PA 19101-8088

Discover Card
P.O. Box 30395
Salt Lake City, UT 84130

NV Energy
P.O. Box 30065
Reno, NV 89520

Sprint
P.O. Box 54977
Los Angeles, CA 90054

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Aurora Loan Services, LLC, its assignees a
c/o McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117-8804

(d)Pinehut Livestock Supply, INC.
1416 Industrial Way
Gardnerville, NV 89410-5789

End of Label Matrix
Mailable recipients   116
Bypassed recipients     2
Total                 118