1  Kristin A. Schuler-Hintz, Esq. SBN 7171
   Seth Adams, Esq. SBN 11034
2  **McCarthy & Holthus, LLP**
   9510 West Sahara Avenue, Suite 110
3  Las Vegas, NV  89117
   Phone (877) 369-6122
4  Fax (866) 339-5691

5  Attorney for: Aurora Loan Services LLC, its assignees and/or successors

6

7                    UNITED STATES BANKRUPTCY COURT

8                         DISTRICT OF NEVADA

9

10 In re                                    ) Case No. 11-50606-btb
                                            )
11                                          ) DC No.
                                            )
12 Michael George Alves                     )
   Elizabeth Meirinho Alves                 ) Chapter 12
                                            )
13                                          )
              Debtors,                      )
14                                          )
                                            ) **OBJECTION TO CONFIRMATION OF**
15                                          ) **FIRST AMENDED CHAPTER 12 PLAN**
                                            )
16                                          ) **341(a) Meeting of Creditors:**
                                            ) Date:
17                                          ) Time:
                                            ) Place:
18                                          )
                                            )
19                                          )
                                            ) **Confirmation Hearing:**
20                                          ) Date:   8/12/2011
                                            ) Time:  2:00 PM
21                                          ) Ctrm:  2, First
                                            ) Place:  300 Booth Street
22                                          )            Reno NV
                                            )
23                                          ) Judge: Bruce T. Beesley
                                            )
24 _____ )

25

26

27       Aurora Loan Services LLC, its assignees and/or successors, ("Aurora") in the above-

28 entitled Bankruptcy proceeding, hereby submits the following Objections to Confirmation of the

29 Chapter 12 Plan proposed by ("Debtors") Michael George Alves and Elizabeth Meirinho Alves.

1.     Aurora Services and is entitled to receive payments pursuant to a Promissory Note which matures on 3/1/2036 and is secured by a Deed of Trust on the subject property commonly known as 2900 Villa Manucha Road, Newman, CA 95360.   As of 2/28/2011, the amount in default was $43,451.34, as described in the Proof of Claim filed by this Aurora on or about 5/23/2011, incurred with respect to the default.

2.     The proposed Plan lists Aurora as a Class 1 (a) secured claimant.   Debtors propose to value the Property at $380,000.00.   Aurora believes the value of the Property to is substantially higher and is currently seeking an appraisal.   Aurora objects to Debtor's valuation of its secured claim in the Plan.

3.     A motion to value collateral has been filed and is currently pending.   Aurora objects to the confirmation of the Plan before the motion has been resolved.

4.     Debtor also proposes an interest rate of 4.5%.   The standard for interest rate is the prime rate, plus a risk factor of about 2%.   Aurora objects to the Debtors' proposed rate, as the prime rate is currently 3.25%.   Therefore, Aurora objects to any rate below 5.5% as not reasonable.

5.     Debtor's plan does not designate the payment of taxes and insurance on the subject property.   Aurora objects to any plan that does not provide for the taxes and insurance.

///
///
///
///
///
///
///
///
///
///
///
///

File No.  NV-11-48728
Objection to Plan, Case No. 11-50606-btb

CONCLUSION

Any Chapter 12 Plan proposed by the Debtor must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code.  Secured Creditor respectfully requests that confirmation of the Chapter 12 Plan as proposed by the Debtor be denied, or in the alternative, be amended to provide for full payoff of the arrearages and full secured claim as detailed in Secured Creditor's Proof of Claim to Secured Creditor.

WHEREFORE, Secured Creditor prays as follows:

1.     That confirmation of the Proposed Chapter 12 Plan be denied, or in the alternative be amended to provide for full payoff of the arrearages and full secured claim as detailed in Secured Creditor's Proof of Claim to Secured Creditor;

2.     That the Plan not be confirmed before the motion to value collateral has been resolved,

3.     That the Plan not be confirmed without providing for the taxes and insurance,

4.     That the Plan not be confirmed with the proposed interest rate of 3.25%,

5.     For attorneys' fees and costs herein,

6.     For such other relief as this Court deems proper.


Respectfully submitted,

McCarthy & Holthus, LLP

8/24/2011

By: /s/  Christopher Lezak, Esq.
Christopher Lezak, Esq.
Attorney for Aurora

File No.  NV-11-48728
Objection to Plan, Case No. 11-50606-btb

Kristin A. Schuler-Hintz, Esq. SBN 7171
Seth Adams, Esq. SBN 11034
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 110
Las Vegas, NV  89117
Phone (877) 369-6122
Fax (866) 339-5691

Attorney for: Secured Creditor,
Aurora Loan Services LLC, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 11-50606-btb |
| | ) |
| Michael George Alves | ) Chapter  12 |
| Elizabeth Meirinho Alves, | ) |
| | ) DATE:  8/12/2011 |
| | ) TIME:   2:00 PM |
| Debtors. | ) |
| | ) **CERTIFICATE OF SERVICE OF** |
| | ) **OBJECTION TO CONFIRMATION OF** |
| | ) **FIRST AMENDED CHAPTER 12 PLAN** |
| _____ | ) |

**CERTIFICATE OF SERVICE**

On 8/24/2011, I served the foregoing document described **OBJECTION TO CONFIRMATION OF FIRST AMENDED CHAPTER 12 PLAN** on the following individuals by electronic means through the Court's ECF program

COUNSEL FOR DEBTOR
John White
bankruptcy@whitelawchartered.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Alexandru Nicolau

_____
Alexandru Nicolau

On 8/24/2011, I served the foregoing document described **OBJECTION TO CONFIRMATION OF FIRST AMENDED CHAPTER 12 PLAN** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTORS                                    TRUSTEE
Michael George Alves                       M Nelson Enmark, 3855 North West
1050 Pepper Lane                           Avenue, Suite 108,  Fresno, CA 93705
Fernley, NV 89408

Elizabeth Meirinho Alves
1050 Pepper Lane
Fernley, NV 89408

                                           UNITED STATES TRUSTEE
                                           300 Booth Street
                                           Suite 2129
                                           Reno, NV 89509

California Ag Commodities
3715 Lakeside Drive, Suite A
Reno, NV 89509

    **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

                                           /s/ David Fry
                                           David Fry