M. NELSON ENMARK, ESQ. #032477
CHAPTER 12 TRUSTEE
3855 NORTH WEST AVENUE, SUITE 108
FRESNO, CA 93705
TELEPHONE: (559) 229-4200

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | Case No.: 11-50606 |
| MICHAEL G. ALVES, | CHAPTER 12 |
| ELIZABETH M. ALVES, | |
| DEBTOR(S), | TRUSTEE'S REPORT RE CONFIRMATION |
| | DATE: September 1, 2011 |
| | TIME: 2:30 P.M. |
| | PLACE: C. CLIFTON YOUNG |
| | FEDERAL COURTHOUSE |
| | COURTROOM #2, 5TH FLOOR |
| | 300 BOOTH STREET |
| | RENO, NV |

**COMES NOW M. NELSON ENMARK,** the duly-appointed and qualified and acting Chapter 12 Trustee in the above-entitled matter and states as follows:

The Debtors, in the First Amended Plan, have essentially cured the issues with which the Trustee was concerned at the time of the initial Plan. There has been a change in circumstances in that the dairy herd has, in fact, moved to a California location which was anticipated at the time of the providing of the information for valuation purposes and budgeting. It appears that the only issues remaining are the motions to value as regards the objecting creditor, Aurora Loan Services and the appropriate procedure as regards the other valuations which were provided for under the Plan.

It appears to the Trustee that the amount provided for under the Plan is sufficient to pay the amount to the unsecured creditors that would be received in the event of a Chapter 7 liquidation and it appears that the Debtor will in fact be able to undertake those payments. No other party has objected to the Plan as such and the sole remaining question appears to be the

valuation motion vis-à-vis Aurora Loan Services. It appears that the parties are in negotiation with respect thereto and Aurora Loan Services has asked for additional time in their objection based on the absence of an appraisal. They had indicated the same problem with the Plan earlier. There would remain an issue to be heard even if the matter went forward as far as the valuation is concerned at this time as to the appropriate interest rate. That creditor has also raised the issue as to whether or not a payment of taxes and insurance on the subject property needs to be included in the Plan. That does not appear to be necessary to the Trustee however it is clear that if they fail to do so they will not be protecting this creditor's interest and the creditor would have a right to relief.

DATED: August 31, 2011.              Respectfully submitted,

/s/ M. Nelson Enmark

---

M. NELSON ENMARK
CHAPTER 12 TRUSTEE