# Exhibit 2

Exhibit 2

# WHITE LAW CHARTERED
## 20th Century Building
## 335 West First Street
## Reno, NV 89503
## Phone: (775) 322-8000
## Fax:  (775) 322-1228

February 2011*
<u>INVOICE</u>

Michael & Elizabeth Alves
1050 Pepper Lane
Fernley, NV 89408

RE:    *White Law Chartered File No. 2924.01*
       *Chapter 12 Debtor, Case No. 11-50606*
       *Billing Period  2/01/11- 2/28/11*

ATTORNEY HOURS:

| DATE | HOURS | DESCRIPTION OF SERVICE |
|---|---|---|
| 02/14/11 | 0.60 | Work on schedules. |
| 02/17/11 | 0.80 | Work on schedules. |
| 02/28/11 | 3.70 | Work on schedules. Prepare skeletal petition. Related o/c with Mike and Elizabeth. File petition. |

ATTORNEY'S TIME: 5.10  HRS.@ $300.00 PER HR.= $1,530.00

PARALEGAL HOURS:

| DATE | HOURS | DESCRIPTION OF SERVICE |
|---|---|---|
| 2/14/11 | 0.50 | Review client file. Various t/cs to and from client re: Petition issues. |
| 2/14/11 | 0.50 | Work on Petition and related documentary filing requirements. |
| 2/15/11 | 4.50 | O/c with John re: Alves' petition. Continue work on 2/ petition/ schedules. |
| 2/16/11 | 5.50 | Continue work on Petition and related faxes e-mails to and from client. |
| 2/17/11 | 5.60 | Continue Petition preparation. Review and revise petition and schedules. Various correspondences to and from client re: his matter. |

| | | |
|---|---|---|
| 2/18/11 | 5.00 | Work on Schedules and Petition. |
| 2/22/11 | 4.20 | Review and revise Petition and Schedules. |
| 2/23/11 | 3.50 | Review and revise Petition and Schedules. |
| 2/24/11 | 6.25 | Review and revise petition/schedules. Review statutory requirements re: initial filings. Prepare all docs for initial uploading today. Various t/s/e-mails to and from client. |
| 2/25/11 | 4.00 | Review and revise petition/schedules. |

PARALEGAL'S TIME: 39.55 HRS. @ $75.00 PER HR.= $2,966.25

COSTS ADVANCED:

| | |
|---|---|
| Copies (27@ 0.25 ea.): | $6.75 |
| Postage: | $0.00 |
| Filing Fee: | $239.00 |

TOTAL COSTS ADVANCED= $245.75

ATTORNEY/PARALEGAL FEES TOTAL= $4,496.25

TOTAL AMOUNT DUE ON THESE MATTERS= $4,742.00

RETAINER AMOUNT CREDIT TOWARD THIS BILLING PERIOD=$5,000.00CR

TOTAL AMOUNT DUE=$258.00CR

*INFORMATIONAL ONLY DO NOT PAY AT THIS TIME.

# WHITE LAW CHARTERED
## 20th Century Building
## 335 West First Street
## Reno, NV 89503
## Phone: (775) 322-8000
## Fax:  (775) 322-1228

### MARCH 2011*
### INVOICE

Michael & Elizabeth Alves
1050 Pepper Lane
Fernley, NV 89408

> RE:   *White Law Chartered File No. 2924.01*
> *Chapter 12 Debtor, Case No. 11-50606*
> *Billing Period  3/01/11- 3/31/11*

ATTORNEY HOURS:

| DATE | HOURS | DESCRIPTION OF SERVICE |
|------|-------|------------------------|
| 3/01/11 | 0.50 | Review filing. Upload verification of Creditor Matrix. |
| 3/02/11 | 0.30 | T/c with Amy Tirre, Esq. re: case. |
| 3/03/11 | 0.20 | T/c with Amy Tirre re: $8k feed creditor. |
| 3/07/11 | 1.00 | Work on schedules. |
| 3/08/11 | 1.00 | Review and research re: schedules and possible plan. |
| 3/09/11 | 1.90 | Work on schedules. |
| 3/10/11 | 3.00 | Review and modify schedules and statement of financial affairs. |
| 3/11/11 | 1.00 | Work on schedules etc. |
| 3/14/11 | 1.40 | Work on schedules. T/c with Mike re: same. |
| 3/17/11 | 0.90 | Work on credit issues. |
| 3/21/11 | 1.00 | T/c with Mike Alves re: need for cash collateral order. Review credit anaylis and docs re: same. |
| 3/25/11 | 0.30 | Review and respond to Cossitt email re: application. |
| 3/28/11 | 1.30 | O/c with client re: plan and operations and adequate protection. Related email to client. Follow up research on Dewsnup V. Timm and email to client re: adequate protection. |
| 3/31/11 | 1.30 | O/c with Mike Alves and Borges re: debtor's lease on goat farm. |

ATTORNEY'S TIME: 21.30   HRS.@ $300.00 PER HR.= $6,390.00

PARALEGAL HOURS:

| DATE | HOURS | DESCRIPTION OF SERVICE |
|------|-------|------------------------|
| 3/04/11 | 1.50 | Research on application for credit report as requested by John; email John re: same. |
| 3/08/11 | 1.00 | Review schedules. |
| 3/08/11 | 1.00 | Meeting with John re: schedules. |
| 3/09/11 | 0.20 | Upload schedule D. |
| 3/09/11 | 1.10 | Review recent revised schedules. |
| 3/09/11 | 1.00 | Meeting with John re: schedules. |
| 3/10/11 | 0.50 | Review revised schedules. |
| 3/10/11 | 0.50 | Meet with John re: schedules. |
| 3/11/11 | 2.25 | Review schedules. |
| 3/14/11 | 0.35 | Review schedules. |
| 3/14/11 | 0.20 | T/c with Mike Alves re: schedules (query on lien by an San Joaquin Valley Growers; filing a lien on them for 135,000 but balance is only 110,000) |
| 3/14/11 | 1.70 | Review with John, Finalize draft schedules. File schedules and statement of financial affairs. |
| 3/17/11 | 0.35 | T/c with Mike Alves re: lien lifting on income, o/c with John re: same. |
| 3/17/11 | 0.50 | Contact Credit Bureau. |
| 3/18/11 | 0.20 | Fax credit report to credit infonet. |
| 3/21/11 | 1.58 | Apply on-line for credit report |
| 3/22/11 | 2.10 | Suggestion of Bankruptcy. Application to employ, Affidavit of John White and Proposed Order. |
| 3/24/11 | 0.75 | Review Applications. |
| 3/25/11 | 0.20 | Follow-up Applications. |
| 3/28/11 | 1.00 | T/c with client re: his query on various liens review contracts; |
| 3/29/11 | 0.20 | E-mail John; CIN Legal re: UCC1 searches. |
| 3/30/11 | 2.00 | Research UCC1. |
| 3/31/11 | 0.20 | O/c with John re: UCC search. |

PARALEGAL'S TIME: 25.88 HRS. @ $75.00 PER HR.= $1,941.00

<u>COSTS ADVANCED:</u>

Copies(299@ 0.25 ea.):  $74.75

Postage:                $7.27

UCC Report:             $115.50


TOTAL COSTS ADVANCED= $197.52

ATTORNEY/PARALEGAL FEES TOTAL= $6,163.50

TOTAL AMOUNT DUE ON THESE MATTERS= $6,361.02

RETAINER AMOUNT CREDIT TOWARD THIS BILLING PERIOD=$258.00CR

TOTAL AMOUNT DUE=6,103.02


*INFORMATIONAL ONLY DO NOT PAY AT THIS TIME.

# WHITE LAW CHARTERED
## 20th Century Building
## 335 West First Street
## Reno, NV 89503
## Phone: (775) 322-8000
## Fax: (775) 322-1228

April 2011*
<u>INVOICE</u>

Michael & Elizabeth Alves
1050 Pepper Lane
Fernley, NV 89408

RE:   *White Law Chartered File No. 2924.01*
      *Chapter 12 Debtor, Case No. 11-50606*
      *Billing Period  4/01/11- 4/31/11*

ATTORNEY HOURS:

| <u>DATE</u> | <u>HOURS</u> | <u>DESCRIPTION OF SERVICE</u> |
|---|---|---|
| 4/04/11 | 3.50 | Prepare for and attend 341 hearing. Follow-up w/client re: plan |
| 4/07/11 | 0.30 | Review Stip |
| 4/08/11 | 0.30 | Respond to email from feed creditor re: payment status. |
| 4/09/11 | 0.40 | Respond to Garland email re: feed payment. |
| 4/15/11 | 0.30 | T/c with Dennis Hay re: automatic stay and related mailings of Notice of Bankruptcy. |
| 4/21/11 | 0.50 | T/c with Mike and attempts to reach Dennis Hay. |
| 4/26/11 | 0.40 | T/cs with Dennis Hay re: Calif. Hay Growers ass'n t/c with Nelson Enmark re: same. |

ATTORNEY'S TIME:5.70   HRS.@ $300.00 PER HR.= $1,710.00

PARALEGAL HOURS:

| <u>DATE</u> | <u>HOURS</u> | <u>DESCRIPTION OF SERVICE</u> |
|---|---|---|
| 4/11/11 | 0.25 | Review report from Ron Reis. re: possible existing liens. O/c with John re: same. |

| 4/25/11 | 0.20 | O/c with John re: Docs to scan to Mike Alves re: Deeds of Trust. |
| 4/26/11 | 0.20 | Email Mike re: Newman and Hilmar properties. |

PARALEGAL'S TIME: 0.65 HRS. @ $75.00 PER HR.= $48.75

<u>COSTS ADVANCED:</u>

Copies(409@ 0.25 ea.):   $102.25

Postage:                          $5.92

RR Cost:                          $100.00

TOTAL COSTS ADVANCED= $208.17

ATTORNEY/PARALEGAL FEES TOTAL= $1,758.75

TOTAL AMOUNT DUE ON THESE MATTERS= $1,996.92

*INFORMATIONAL ONLY DO NOT PAY AT THIS TIME.

# WHITE LAW CHARTERED
## 20th Century Building
## 335 West First Street
## Reno, NV 89503
## Phone: (775) 322-8000
## Fax:  (775) 322-1228

May 2011*
<u>INVOICE</u>

Michael & Elizabeth Alves
1050 Pepper Lane
Fernley, NV 89408

RE:   *White Law Chartered File No. 2924.01*
      *Chapter 12 Debtor, Case No. 11-50606*
      *Billing Period  5/01/11- 5/31/11*

ATTORNEY HOURS:

| <u>DATE</u> | <u>HOURS</u> | <u>DESCRIPTION OF SERVICE</u> |
|---|---|---|
| 5/02/11 | 0.50 | Review email from Hays re: 362 stay problem and related email. |
| 5/03/11 | 0.80 | O/c with Mike re: plan misc matters |
| 5/04/11 | 0.30 | Discuss cash collateral stip with Tonet |
| 5/04/11 | 1.00 | Review re: cash collateral. Issues.. Calif. Hay Growers. Related tcs with Ron Reis of R&R title. |
| 5/05/11 | 0.50 | Emails to staff re: Calif. Hay Grower's check |
| 5/06/11 | 1.00 | Draft letter to Hay re: preference |
| 5/13/11 | 0.50 | T/c from Amy Tierre re: her client's check and with Mike concerning stop payment issue. |
| 5/24/11 | 0.90 | Plan concernations. O/c with Tonet re: same. |
| 5/26/11 | 2.00 | Review exhibits received today from client. |
| 5/27/11 | 5.00 | Work on Chapter 12 plan. |
| 5/31/11 | 3.00 | Complete and file plan. Related o/c with clients. |

ATTORNEY'S TIME: 15.50  HRS.@ $300.00 PER HR.= $ 4,650.00

PARALEGAL HOURS:

| <u>DATE</u> | <u>HOURS</u> | <u>DESCRIPTION OF SERVICE</u> |
|---|---|---|
| 5/05/11 | 0.05 | Review and act on emails from John and o/c with Regina |

| | | |
|---|---|---|
| | | re: Alves Check. |
| 5/06/11 | 0.20 | Send check to client |
| 5/10/11 | 0.35 | Review Stip with Amy Tierre |
| 5/24/11 | 0.25 | T/c and email Alves and John re: Draft Plan |
| 5/25/11 | 0.25 | Follow- up Plan draft (e-mails) with Mike |
| 5/25/11 | 0.25 | T/c with Mike re: Almond Crop checks and preference issue. O/c with John re: same |
| 5/26/11 | 0.20 | O/c with John re: writing letter to Jasper and Stewart. |
| 5/26/11 | 0.50 | Review faxes received from client re: Chapter 12 Plan. |
| 5/27/11 | 0.75 | Review and research statue re: automatic stay. Finalize letter and serve letter to Jasper and Stewart. |
| 05/31/11 | 2.50 | Review and finalize clients Chapter 12 DS |

PARALEGAL'S TIME: 5.30  HRS. @ $75.00 PER HR.= $ 397.50

COSTS ADVANCED:

Copies (555@ 0.25 ea.): $138.75

Postage:                 $71.96


TOTAL COSTS ADVANCED= $210.71

ATTORNEY/PARALEGAL FEES TOTAL= $5,047.50

TOTAL AMOUNT DUE ON THESE MATTERS= $5,258.21


*INFORMATIONAL ONLY DO NOT PAY AT THIS TIME.

# WHITE LAW CHARTERED
## 20th Century Building
## 335 West First Street
## Reno, NV 89503
## Phone: (775) 322-8000
## Fax:  (775) 322-1228

June 2011*
### INVOICE

Michael & Elizabeth Alves
1050 Pepper Lane
Fernley, NV 89408

RE:    *White Law Chartered File No. 2924.01*
       *Chapter 12 Debtor, Case No. 11-50606*
       *Billing Period  6/01/11- 6/30/11*

ATTORNEY HOURS:

| DATE | HOURS | DESCRIPTION OF SERVICE |
|------|-------|------------------------|
| 6/01/11 | 0.50 | Considerations re: Plan hearing and Notice. |
| 6/02/11 | 0.40 | Review Notice Pleading and address mailing matrix issues. |
| 6/06/11 | 0.50 | Review re: Valuation issues. |
| 6/08/11 | 1.00 | Work on Motion value collateral. |
| 6/14/11 | 0.50 | Hearing on Motion to Approve Calif AG settlement. |
| 6/14/11 | 0.30 | T/c from client re: status and whether to come. |
| 6/16/11 | 5.00 | File review re: Plan Confirmation. MOtion to value collateral and related t/cs with client. |
| 6/17/11 | 4.20 | File review. T/c with Hay re: Haygrowerss. Motion shorten time atty information. Review re: PNC Bank's opposition. |
| 6/20/11 | 3.00 | Prepare motion to shorten time and related file review |
| 6/22/11 | 0.90 | Work on Plan preparation issue with particular references to Newman valuation issues. |
| 6/23/11 | 1.00 | T/c from Mike re: goat valuation and other plan issues. T/c with Ron Reis. |
| 6/24/11 | 1.60 | T/c with Ron Reis re: notes and DTs on Hilmar. Review same @ Alves. |

| 6/28/11 | 1.50 | Aurora counsel and counsel for specialized Loan Services. |
| 6/29/11 | 1.00 | Review info re: new goat farm and related communication with Nelson Enmark. |
| 6/30/11 | 0.30 | T/c with client re: status. |

ATTORNEY'S TIME: 21.70  HRS.@ $300.00 PER HR.= $6,510.00

| DATE | HOURS | DESCRIPTION OF SERVICE |
|------|-------|------------------------|
| 6/02/11 | 2.50 | Prepare Notice of Hearing , finalize and upload. Email Bankruptcy court re: Chapter 12 Plan Confirmation Hearing. Serve Plan and Notice of Hearing to all interested parties. (matrix). |
| 6/03/11 | 0.10 | Prepare, finalize and upload Certificate of Service |
| 6/06/11 | 0.35 | Prepared and sent Chamber's Copy of Chapter 12 Plan Notice of Hearing and Certificate of Service |
| 6/09/11 | 0.20 | Review file and check which items to revise in schedules. Revise schedules and Amended cover sheet. Review Plan;email John re: same and email same; t/c to client. |
| 6/09/11 | 1.50 | Upload Amended schedule B. Revise mailing matrix to include Sierra Pediatrics. |
| 6/14/11 | 0.50 | Motion to value collateral, review file and research doc in connection with valuation motion. |
| 6/16/11 | 1.00 | Work on Motion Order shortening time. |
| 6/17/11 | 1.00 | Review and revise MOST Attorney's Info Sheet and Proposed Order. |
| 6/21/11 | 0.25 | Prepare docs for Chamber's Copy (sent today) ;mail copy to client. |
| 6/23/11 | 0.20 | Respond to emails re: comparison of Almond farm valuation of neighboring farm and print same,. Related emails to John. |
| 6/24/11 | 1.00 | O/c with John re: step on the Hilmar property. Do research on stripping for possible DS revisions. Follow-up client re: docs as basis for the 50-50 distribution on Hilmar property for possible DS revisions. |
| 6/28/11 | 0.85 | O/c with John re: transfer documents in Hilmar and Newman. Update file on the transfer deeds. Related email to and from client: clarification on the documentary basis for the Hilmar 50-50 set-up for DS |

review.

PARALEGAL'S TIME: 9.70 HRS. @ $75.00 PER HR.=$2,910.00

COST ADVANCED:

Copies (224@0.25 ea.):    $56.00

Postage:                          $78.56


TOTAL COST ADVANCED=$134.56

ATTORNEY/PARALEGAL FEES TOTAL= $9,420.00

TOTAL AMOUNT DUE ON THESES MATTERS= $9,554.56

*INFORMATIONAL ONLY DO NOT PAY AT THIS TIME.

# WHITE LAW CHARTERED
## 20th Century Building
## 335 West First Street
## Reno, NV 89503
## Phone: (775) 322-8000
## Fax:  (775) 322-1228

July 2011*
<u>INVOICE</u>

Michael & Elizabeth Alves
1050 Pepper Lane
Fernley, NV 89408

> RE:   *White Law Chartered File No. 2924.01*
> *Chapter 12 Debtor, Case No. 11-50606*
> *Billing Period  7/01/11- 7/31/11*

ATTORNEY HOURS:

| <u>DATE</u> | <u>HOURS</u> | <u>DESCRIPTION OF SERVICE</u> |
|---|---|---|
| 7/01/11 | 0.30 | T/c with Trustee re: Plan and possible continuance |
| 7/05/11 | 1.70 | T/cs with Seth Adams and related Plan confirmation preparation. T/c with Trustee re: same and with client re: same. |
| 7/06/11 | 1.70 | Various t/cs with Seth Adams and client re: possibly continuing tomorrow's confirmation hearing. T/c with court staff re: same. |
| 7/07/11 | 0.50 | Hearing on Alves Plan. |
| 7/07/11 | 1.70 | O/c with client re: Plan. Attend continued hearing. Review schedules and possible amendments . Review information from Bob Fletcher re: auction goat prices. Review and research re: possible reconsiderations. O/ |
| 7/12/11 | 4.00 | c with Mike re: same. T/c with client re: same. |
| 7/13/11 | 0.90 | T/c with Charlene re: Order Confirming Plan Email to Bob Fletcher re: same. Review Order and send to client. |
| 7/13/11 | 1.50 | Work on Amended Plan. Review client submittals. Work on Plan. |

| 7/14/11 | 4.00 | Work on Amended Plan and later on Mtn/Stip to |
| 7/15/11 | 5.00 | continue. Related t/cs with client and Bob Fletcher. |
|  |  | T/cs with Trustee and court calender clerk re: |
|  |  | continuing plan Confirmation Hearing. |
|  |  | Review emails from Seth Adams and respond re: |
| 7/18/11 | 0.70 | valuation and interest issues. |

ATTORNEY'S TIME:25.50  HRS.@ $300.00 PER HR.= $7,650.00

| DATE | HOURS | DESCRIPTION OF SERVICE |
|------|-------|------------------------|
| 7/06/11 | 0.35 | T/c and email client re: Hilmar ownership issues. |
| 7/06/11 | 0.75 | Review schedules/ Amend schedule A. Send email to Mike re: Pal Enterprises confirmation of 50-50 ownership. |
| 7/07/11 | 0.75 | Prepare proposed order to continue the hearing. Review letter from Chase. |
| 7/11/11 | 0.50 | Email re: receipt of schedules respond to Chase letter and furnish plan and Order Continuing Hearing. |
| 7/13/11 | 0.20 | Email client re: deadline to file necessary documents before the plan confirmation hearing. |
| 7/15/11 | 4.50 | Review and work on schedules for amendment draft. Prepare Stipulation and Motion, Proposed Order. Claims and file review. |
| 7/25/11 | 0.80 | Work on Petition to as Chapter 12 Plan Consultant. |
| 7/27/11 | 3.30 | Declarations and Negative Notice of Hearing. |

PARALEGAL'S TIME: 11.50 HRS. @ $75.00 PER HR.=$862.50

COST ADVANCED:
Copies (413@0.25 ea.):    $103.25
Postage:                        $9.84

TOTAL COST ADVANCED=$113.09
ATTORNEY/PARALEGAL FEES TOTAL= $8,512.50
TOTAL AMOUNT DUE ON THESES MATTERS= $8,625.59

*INFORMATIONAL ONLY DO NOT PAY AT THIS TIME.

# WHITE LAW CHARTERED
## 20th Century Building
## 335 West First Street
## Reno, NV 89503
## Phone: (775) 322-8000
## Fax:  (775) 322-1228

August 2011
INVOICE

Michael & Elizabeth Alves
1050 Pepper Lane
Fernley, NV 89408

RE:    *White Law Chartered File No. 2924.01*
*Chapter 12 Debtor, Case No. 11-50606*
*Billing Period  8/01/11- 8/31/11*

ATTORNEY HOURS:

| DATE | HOURS | DESCRIPTION OF SERVICE |
|------|-------|------------------------|
| 08/01/11 | 0.80 | Review narrative info and charts from Bob Fletcher. |
| 08/02/11 | 1.00 | O/c with Bob Fletcher re: plan exhibits |
| 08/02/11 | 0.70 | Work on plan. Review email from Bob Fletcher re: narrative. |
| 08/03/11 | 1.90 | Work on Plan |
| 08/03/11 | 3.40 | Work on Plan. Review draft from Bob Fletcher |
| 08/04/11 | 3.90 | Revise and File Chapter 12 Plan, Bob Fletcher Employment Application, Chase and San Joaquine Valley claims. Various related t/cs with client and Bob Fletcher. |
| 08/07/11 | 0.40 | Email to Bob re: sale of property next to Almond Farm Emails re: Service Situation |
| 08/08/11 | 0.50 | T/c to Trustee's office re: plan. T/cs with Mike re: |
| 08/30/11 | 2.00 | same and re: move. T/c with Fletcher re: Plan Preparation. |
| 08/31/11 | 3.30 | T/c with Christopher Lezak and Seth Adams re: settling Aurora claim amount and interest. Related t/cs with Trustee and with Bob Fletcher. |

ATTORNEY'S TIME: 17.90  HRS.@ $300.00 PER HR.= $5,370.00

PARALEGAL HOURS:

| DATE | HOURS | DESCRIPTION OF SERVICE |
|------|-------|------------------------|
| 08/04/11 | 12.5 | Review Chapter 12 Plan. Prepare exhibits for attaching to the plan Work on Chase and San Joaquin Haygrowers Claims; Notice Of Hearing. Application to Employ Bob, Declaration of Disinterestedness, Proposed Order,  Negative Notice Of Hearing. |
| 08/08/11 | 0.20 | Email John re: Notices to Nelson Enmark |
| 08/08/11 | 1.45 | Respond to John e-mail re: Hilmar neighboring sale in view of establishing Hilmar valuation Send same to Bob Fletcher |
| 08/11/11 | 1.00 | Review file and send Chambers Copy of Chapter 12 Plan |
| 08/19/11 | 1.75 | Review signed Application for the Bob Appointment pleadings, upload same with the court. Notice Of Hearing served on the Matrix today. Prepare and finalize Certificate of Service of application for Bob Fletcher. |
| 08/30/11 | 1.60 | Review file re: appointment of Bob Fletcher as Chapter 12 Plan Consultant Prepare Declaration of John White re: No Opposition. Revise proposed Order. Correspond with Chapter 12 Trustee re: his signature to the appointment and Bill Cossitt re: same. |
| 08/30/11 | 0.75 | Prepare draft of Alves Confirmation Order. Review File. |
| 08/30/11 | 0.50 | Email Bob Fletcher re: economic plan and feasibility study re: Plan. |
| 08/31/11 | 2.40 | Review  plan and schedules. Review and revise Schedule B. |

PARALEGAL'S TIME:21.15  HRS. @ $75.00 PER HR.=1,586.25

COSTS ADVANCED:
Copies(2265)@ 0.25ea)   $566.25

Postage:                        $115.24

TOTAL COSTS ADVANCED= $681.49

ATTORNEY/PARALEGAL FEES TOTAL= $6,956.25

TOTAL AMOUNT DUE ON THESE MATTERS= $7,637.74

*INFORMATIONAL ONLY DO NOT PAY AT THIS TIME.

# WHITE LAW CHARTERED
## 20th Century Building
## 335 West First Street
## Reno, NV 89503
## Phone: (775) 322-8000
## Fax:  (775) 322-1228

September 2011
## INVOICE

Michael & Elizabeth Alves
1050 Pepper Lane
Fernley, NV 89408

RE:   *White Law Chartered File No. 2924.01*
*Chapter 12 Debtor, Case No. 11-50606*
*Billing Period 9/01/11- 9/30/11*

ATTORNEY HOURS:

| DATE | HOURS | DESCRIPTION OF SERVICE |
|------|-------|------------------------|
| 09/01/11 | 1.00 | Confirmation Hearing |
| 09/01/11 | 4.00 | Prepare for and attend Plan Confirmation Hearing. Related t/cs with Seth Adams re: Aurora. Settle W/ Aurora. Related t/cs with clients and Bob Fletcher file first correction and Supplement to plan. Follow-up o/c with clients. |
| 09/02/11 | 0.50 | Work on Order Confirming Plan. |
| 09/04/11 | 0.50 | Emails to Fletcher re: Plan Order |
| 09/09/11 | 0.90 | T/c with Kevin Burgess re: status and work on Order Confirming Plan and Valuation Order. |
| 09/12/11 | 1.00 | Work on Order Confirming Plan. |
| 09/16/11 | 1.00 | Work on Plan and Valuation Motion Order. |
| 09/19/11 | 0.80 | Revise Orders re: value and Confirmation. |

ATTORNEY'S TIME: 9.70   HRS.@ $300.00 PER HR.= $2,910.00

PARALEGAL HOURS:

| DATE | HOURS | DESCRIPTION OF SERVICE |
|---|---|---|
| 09/01/11 | 3.50 | Proposed Order Confirming Plan and Valuation Motion Review First Supplement and Correction to First Amended Chapter 12 and Valuation Motion. O/c with John re: same. Prepare and finalize Notice of Change of Address of Debtors. Finalize change in Schedule B. O/c with John re: revisions in the plan. O/c with John re: revisions in schedules and change of address. |
| 09/02/11 | 2.90 | Prepare First Corrected Plan and Mail same to Matrix. |
| 09/12/11 | 1.00 | Do up Certificate of Service on amended and corrected First Amended Plan Mailed to the Matrix 9/02/11. |
| 09/12/11 | 0.75 | Review claims register and prepare amended Chase claim. O/c with John re: same. |
| 09/13/11 | 1.20 | Do up corrected claim for chase and upload same. O/c with John and prepare docs for upload. |
| 09/15/11 | 0.60 | Work on proposed Order. Prepare and finalize Certificate of Service. |
| 09/16/11 | 0.60 | Review draft Proposed Order, o/c with John re: same and upload. |
| 09/19/11 | 0.80 | Work on the Proposed Order confirming Plan Review file re: same. |
| 09/23/11 | 0.80 | Finalize Proposed Order re: appointment of Bob Fletcher as Chapter 12 Plan consultant and correspond with Chapter 12 trustee re: same. |
| 09/26/11 | 1.90 | Prepare and file Declaration of John re: no objection to the appointment of Bob Fetcher as Chapter 12Plan consultant. Prepare and finalize Proposed Order re: same. Email from Nelson Enmark's secretary re: signed proposed order. Upload Proposed Order. |

PARALEGAL'S TIME:14.05   HRS. @ $75.00 PER HR.= $1,053.75

<u>COSTS ADVANCED:</u>

Copies (2,604 @ 0.25 ea:):    $651.00

Postage:    $58.08


TOTAL COSTS ADVANCED= $709.08

ATTORNEY/PARALEGAL FEES TOTAL= $3,963.75

TOTAL = $4,672.83

# WHITE LAW CHARTERED
## 20th Century Building
## 335 West First Street
## Reno, NV 89503
## Phone: (775) 322-8000
## Fax:  (775) 322-1228

October 2011*
<u>INVOICE</u>

Michael & Elizabeth Alves
1050 Pepper Lane
Fernley, NV 89408

RE:   *White Law Chartered File No. 2924.01*
*Chapter 12 Debtor, Case No. 11-50606*
*Billing Period 10/01/11- 10/31/11*

ATTORNEY HOURS:

| <u>DATE</u> | <u>HOURS</u> | <u>DESCRIPTION OF SERVICE</u> |
|---|---|---|
| 10/27/11 | 0.50 | Work on Fee Application |

ATTORNEY'S TIME:0.50  HRS.@ $300.00 PER HR.= $150.00

PARALEGAL HOURS:

| <u>DATE</u> | <u>HOURS</u> | <u>DESCRIPTION OF SERVICE</u> |
|---|---|---|
| 10/06/11 | 0.75 | Email exchanges with Nelson Enmark re: Proposed Orders on the Valuation Motion and Order Confirming Plan. |
| 10/07/11 | 0.50 | Email exchanges with Seth Adams re: signing of the Proposed Confirmation of the Plan and Valuation Motion. |
| 10/13/11 | 0.40 | Review email from Seth Adams on the Plan Order and Valuation Motion Order. |
| 10/17/11 | 0.40 | Review email received from Seth Adams re: Plsn Order and Valuation Motion approval . Upload same for Judge's signature. |

PARALEGAL'S TIME:2.05   HRS. @ $75.00 PER HR.= $153.75

<u>COSTS ADVANCED:</u>

Copies (2 @ 0.25 ea:):      $10.75

Postage:                          $0.00

TOTAL COSTS ADVANCED= $10.75

ATTORNEY/PARALEGAL FEES TOTAL= $303.75

TOTAL = $314.50