# Exhibit 2

Exhibit 2

Robert R. Fletcher time schedule for developing Feasibility Plan for Michael and Elizabeth Alves

Alves Time Schedule

| Date | Hours | Total | Per Hour $15.0 | |
|---|---|---|---|---|
| 07/15/11 | 5.0 | 5 | 750 | Goat Prices |
| 07/16/11 | 5.0 | 10 | 1,500 | Goat Prices |
| 07/17/11 | 4.0 | 14 | 2,100 | Almond Budgets |
| 07/18/11 | 6.0 | 20 | 3,000 | Almond Budgets |
| 07/19/11 | 5.0 | 25 | 3,750 | Entered and reviewed Claims Filed |
| 07/20/11 | 10.0 | 35 | 5,250 | Reconcile Claims; duplicates, one mortgage short according to Mike, called @2.45 to confirm Contract to do the plan. |
| 07/21/11 | 11.0 | 46 | 6,900 | Goat Farm Format |
| 07/22/11 | 6.5 | 53 | 7,875 | Goat Farm Preliminary Inventory and estimated income. |
| 07/23/11 | 8.5 | 61 | 9,150 | Called Mike 9:45 pm NA |
| 07/24/11 | 9.0 | 70 | 10,500 | Called Mike 9:00 pm NA |
| 07/25/11 | 9.0 | 79 | 11,850 | Personal Income and Expenses need verification |
| 07/26/11 | 11.0 | 90 | 13,500 | 4 e-mails to Mike Goat Tables |
| 07/27/11 | 12.0 | 102 | 15,300 | Visited on phone with Mike Hilmar schedule start on almond Personal inc and exp |
| 07/28/11 | 10.0 | 112 | 16,800 | Almond Budgets Email sent to Mike on Jeff Note no reply no information on personal expenses no feed rations |
| 07/29/11 | 11.0 | 123 | 18,450 | Finish Almond analysis start on dairy (new approach) using UCD 500 dairy goat Sample Costs and Return. No data from |
| 07/30/11 | 12.0 | 135 | 20,250 | Background on Goat Dairies |
| 07/31/11 | 14.0 | 149 | 22,350 | Finished Goat Feasibility called Mike left message 8:30 NA No return |
| 08/01/11 | 13.0 | 162 | 24,300 | Called Mike 9:30 am NA didn't leave another message. |
| 08/02/11 | 10.0 | 172 | 25,800 | Mike called back @ 9:45 am and again at 10:15 |
| 08/03/11 | 12.0 | 184 | 27,600 | Finished narrative on Hilmar and Almond farm start on goats. Mike faxed goat sales receipts not all legible |
| 08/04/11 | 10.0 | 194 | 29,100 | Finished Goat Feasibility with value of goats Reviewed John's plan |
| 08/30/11 | 1.0 | 195 | 29,250 | Check value of Almond farm and taxes paid and insurance paid in plan |
| 08/31/11 | | 195 | 29,250 | |
| 09/01/11 | 2.0 | 197 | 29,550 | Meeting at John's Office |
| Agreed maximum charge | | | $25,000 | Completed September 1, 2011 |

_signature_  9/1/2011
Robert R. Fletcher    Date
Agricultural Economist
Reno, Nevada

APPROVED

_signature_